UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

VIACOM INTERNATIONAL INC., a Delaware corporation,

                Plaintiff,

v.

SPECIAL PRODUCTIONS, INC. and MICHAEL DAVIDS a/k/a MICHAEL H. DEMOS,

                Defendants.
---------------------------------------------------------------- x

07 Civ. 9237 (PKC)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Viacom International Inc., state, that Viacom International Inc. is a wholly owned subsidiary of Viacom, Inc., which is a publicly traded company.

Dated: New York, New York
       October 15, 2006

                                        DAVIS WRIGHT TREMAINE LLP

                                        By: _____
                                            Marcia B. Paul (MBP 8427)
                                            Christopher J. Robinson (CR 9165)

                                            1633 Broadway
                                            New York, New York 10019-6708
                                            Phone (212) 489-8230

                                            *Attorneys for Plaintiff Viacom International Inc.*