# EXHIBIT C

```
                          7BUVVIAC.txt
                                                                          1
          7BUVVIAC                Conference
    1     UNITED STATES DISTRICT COURT
    1     SOUTHERN DISTRICT OF NEW YORK
    2     ------------------------------x
    2
    3     VIACOM INTERNATIONAL INC., a
    3     Delaware Corporation,
    4
    4                    Plaintiff,
    5
    5              v.                              07 CV 09237 (PKC)
    6
    6     SPECIAL PRODUCTIONS, INC.,
    7     MICHAEL DAVIDS a/k/a "Michael
    7     H. Demos,"
    8
    8                    Defendants.
    9
    9     ------------------------------x
   10                                              New York, N.Y.
   10                                              November 30, 2007
   11                                              12:35 p.m.
   11
   12     Before:
   12
   13                  HON. P. KEVIN CASTEL,
   13
   14                                              District Judge
   14
   15                        APPEARANCES
   15
   16     DAVIS WRIGHT TREMAINE
   16          Attorneys for Plaintiff
   17     BY:  MARCIA B. PAUL
   17          CHRISTOPHER J. ROBINSON
   18
   18     MICHAEL DAVIDS, pro se
   19
   20
   21
   22
   23
   24
   25
                    SOUTHERN DISTRICT REPORTERS, P.C.
                             (212) 805-0300
                                                                          2
          7BUVVIAC                Conference
    1              (In open court)
    2              (Case called)
    3              THE DEPUTY CLERK:  Your Honor, this is matter of
    4     Viacom International, Incorporated against Special Productions,
    5     Incorporated, et al.  Is counsel for the plaintiff ready?
    6              MS. PAUL:  Yes, ready, your Honor.  Good morning, your
    7     Honor.
    8              THE COURT:  Good morning, Ms. Paul.  Just state your
    9     appearance for the record so we have it.
   10              MS. PAUL:  Marcia Paul and Christopher Robinson from
   11     Davis Wright Tremaine for the plaintiff, Viacom International,
   12     Inc.
   13              THE COURT:  All right.  And for the defendant?
                                Page 1
```

```
                                  7BUVVIAC.txt
14            MR. DAVIDS: Michael Davids, president of Special
15   Productions, Inc.
16            THE COURT: All right. Good morning, Mr. Davids. Let
17   me hear from Ms. Paul. Has an answer or notice of appearance
18   been filed on behalf of Special Productions or Mr. Davids?
19            MS. PAUL: No, your Honor. We have perfected service,
20   and technically there is a default. We understand that
21   Mr. Davids would like an opportunity to retain counsel for the
22   corporation and for himself.
23            THE COURT: Is that right? Mr. Davids.
24            MR. DAVIDS: That's correct.
25            THE COURT: All right. I'm going to give you that
                         SOUTHERN DISTRICT REPORTERS, P.C.
                                   (212) 805-0300
                                                                          3
     7BUVVIAC                      Conference
 1   opportunity.
 2            Let me explain one of the features of federal court.
 3   You as an individual have a right to represent yourself without
 4   retaining a lawyer. It's smart to retain a lawyer; I urge you
 5   to retain a lawyer.
 6            We do have an office known as the pro se clerk's
 7   office which provides assistance to unrepresented individuals,
 8   limited assistance; they are not in a position to be your
 9   lawyers.
10            But the corporation Special Productions, Inc. is in a
11   different status. The law does not permit a corporation to
12   appear in federal court except as represented by an attorney
13   admitted to practice before this court. So Special
14   Productions, Inc. must be represented by an attorney.
15            So what I will do is I will put this over for the
16   first week in January, and we will hold a conference at that
17   time. I expect you will have counsel. I will tell you now and
18   I will state for the record that in the case of Special
19   Productions, Inc., if they do not file a notice of appearance
20   by an attorney admitted to practice before this court by
21   Friday, December 28, 2007, then I will entertain an application
22   to hold Special Productions, Inc. in default. I expect that
23   you will arrange for the corporation to take care of that, so
24   that should not be an issue.
25            Let me give you the date of the conference.
                         SOUTHERN DISTRICT REPORTERS, P.C.
                                   (212) 805-0300
                                                                          4
     7BUVVIAC                      Conference
 1            THE DEPUTY CLERK: Friday, January 11, 2008 at 10:15
 2   a.m.
 3            THE COURT: All right. Is there anything further?
 4            MS. PAUL: Yes, your Honor. Can we have an
 5   understanding that promptly thereafter an answer will be due?
 6            THE COURT: Well, it seems to me that the answer
 7   should be really keyed from the December 28th date that I've
 8   set for the corporation to file a notice of appearance. At
 9   this stage of the game, I think I've done what I need to do,
10   which is set a date for the notice of appearance. If there is
11   no notice of appearance, then you'll have your opportunity to
12   seek a default. With regard to an answer, I'll take that up on
13   January 11th.
14            MS. PAUL: Thank you, your Honor.
15            THE COURT: All right. Anything further?
16            MS. PAUL: Nothing, your Honor.
17            THE COURT: All right. Anything further, Mr. Davids?
18            MR. DAVIDS: No. Thank you, your Honor.
                                   Page 2
```

```
                              7BUVVIAC.txt
    19           THE COURT:  All right.  Thank you all.  Wish you well
    20   for the holidays.
    21           MS. PAUL:  Same to you, Judge.
    22                         *     *     *
    23
    24
    25
                        SOUTHERN DISTRICT REPORTERS, P.C.
                                 (212) 805-0300
```