# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-------------------------------------------------------- x

VIACOM INTERNATIONAL INC., a
Delaware corporation,

                  Plaintiff,

     v.

SPECIAL PRODUCTIONS, INC.
and MICHAEL DAVIDS a/k/a
MICHAEL H. DEMOS,

                  Defendants.
-------------------------------------------------------- x

No.: 07 Civ. 9237 (PKC)

**CERTIFICATE OF DEFAULT**

    I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that, on October 15, 2007, plaintiff filed a summons and complaint, and, on October 17, 2007, a copy of the summons and complaint was served on defendant Special Productions, Inc. by leaving two copies of the summons, complaint at the offices of the New York Secretary of State in Albany. Proof of such service was filed on November 15, 2007.

    I further certify that at an initial Pre-trial Conference held on November 30, 2007, Judge P. Kevin Castel ordered defendant Special Productions, Inc. to obtain representation and that such counsel must file an appearance on or before December 28, 2007.

    I further certify that the docket entries indicate that no counsel have filed an appearance for Special Productions, Inc. The default of defendant Special Productions, Inc. is hereby noted.

Dated: New York, New York
         January 8, 2008

                                       J. MICHAEL McMAHON
                                       Clerk of the Court

                                       By: _____
                                                    Deputy Clerk