# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------------------------x

VIACOM INTERNATIONAL INC., a
Delaware corporation,

               Plaintiff,

v.

SPECIAL PRODUCTIONS, INC.
and MICHAEL DAVIDS a/k/a
MICHAEL H. DEMOS,

               Defendants.
----------------------------------------------------------x

No.: 07 Civ. 9237 (PKC)

**CERTIFICATE OF DEFAULT**

    I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that, on October 15, 2007, plaintiff filed a summons and complaint, and that on October 25, 2007, a copy of the summons and complaint was served on defendant Michael Davids, a/k/a Michael H. Demos ("Davids"), by affixing a copy of the summons and complaint to the door of Davids' place of business at 1133 Broadway, suite 706, and mailing a copy of the same to the same address. Proof of such service was filed on November 15, 2007, *in the declaration of Christopher Robinson*

[The following paragraphs are crossed out:]

~~I further certify that at a conference held on January 11, 2008, Judge P. Kevin Castel ordered defendant Davids to answer the complaint on or before February 8, 2008.~~

~~I further certify that counsel for plaintiff advised Davids on January 11, 2008 that his answer was due on or before February 8, 2008, and sent Davids on Jaunary 14, 2008 a copy of the transcript of the January 11 conference so stating.~~

I further certify that the docket entries indicate that no answer has been filed by Davids. The default of defendant Davids is hereby noted.

Dated: New York, New York
      February 11, 2008

                          J. MICHAEL McMAHON
                          Clerk of the Court

                          By: _____
                                  Deputy Clerk