# EXHIBIT G

Document1

---

**From:** Vargo, Susan
**Sent:** Tuesday, June 07, 2005 6:45 PM
**To:** 'Michael Davids'
**Cc:** 'Carrie Stephens'; Kaufmann, Laura
**Subject:** Costume Character Advertising

Mike,

I was recently forwarded a fax with your listing of shows for 2005.

I was unaware that you were activelly marketing the use of our characters. I was under the belief that you were brokering appearances between your existing relationships and our retail partners.

Please remove all references to Nick characters from your sell sheet. In addition, Nick characters are never to appear with other brands. This precludes us from inclusion in a "Superstar Saturday" Event.

Please let me know if you have any questions.

Thank you.

Susan

Susan Vargo,
Director of Live Theatricals
Paramount / Nickelodeon Recreation
212.846.8476

4/25/2007