# EXHIBIT J

Document1

**From:** Kaufmann, Laura
**Sent:** Monday, October 16, 2006 6:00 PM
**To:** 'Michael Davids'
**Subject:** RE: REQUEST FOR SB & DORA / THE GALLERIA AT SUNSET

Hi Michael,
Both costumes are fully booked for most of November.
Also, please be advised that due to increased restrictions on our affiliate costume character program, we will no longer be able to fulfill outside requests as of Jan 1 2007.
Best,
Laura

**From:** Michael Davids [mailto:mdavids@specialprods.com]
**Sent:** Friday, October 13, 2006 4:10 PM
**To:** Kaufmann, Laura
**Subject:** REQUEST FOR SB & DORA / THE GALLERIA AT SUNSET

Hi, Laura -

Please see the attached request for SpongeBob and Dora the Explorer.

Thanks ... and have a great weekend!

**Michael Davids**
Special Productions, Inc.
215 W. 95th Street Ste.8G
New York, NY 10025
212.678.1713 Ext. 201
646.825.2750 Fax

4/25/2007