# EXHIBIT K



# Show Descriptions & Costs



**FROSTY'S HOLIDAY PARTY** stars "Frosty the Snowman" and "Mrs. Emma Claus" in a show that is the total "audience participation" experience. Kids are the stars of this funfilled holiday "party" as Mrs. Claus and Frosty lead audiences through their favorite holiday songs and then actually pick kids from the audience to come on stage for more exciting fun. Featured in the show is an actual GAME SHOW for kids that tests their knowledge of Holiday shows on tv. So, *DECK THE HALLS* with the sounds of **FROSTY'S HOLIDAY PARTY** ... a very merry event for family audiences this Holiday season!

     COST RANGE:    $2,500 - $5,500



We will customize a Holiday show featuring a special appearance by a favorite costume characters from some of most popular children's books and television shows. Possible characters include    ...    **SPONGEBOB SQUAREPANTS** ... **DORA THE EXPLORER ... CLIFFORD ... MADELINE  ...  FRANKLIN ...  THE BERENSTAIN BEARS ...  BOB THE BUILDER  ... STRAWBERRY SHORTCAKE** ... and more! The stage show will feature Mrs. Emma Claus and/or Sparky the Elf leading the audience in a funfilled Holiday Celebration. Character availability is subject to venue approval and date, and some appearances may require the participation of a merchant in your mall.

COST RANGE:    $2,500 - $6,000



## SCOOBY'S ROCKIN' CHRISTMAS!



SCOOBY'S ROCKIN' CHRISTMAS is our newest holiday show. Featuring everyone's favorite K-9 super-sleuth, Scooby-Doo, audiences will twist and shout for joy in this beat boppin's show. All are excited about the Christmas seasons - except for Mr. Scrooge, who wants to steal the spirit of Christmas. But with Scooby's help, Scrooge finally understands the true eaning of Christmas - it's a magical time for sharing the warmth of the season with our friends and families!

    COST RANGE:    $4,000 - $5,500    

## Christmas with Curious George



With the success of the new major motion picture already under his belt, and a new PBS television series premiering in the fall, Curious George has proved without a doubt that this is the year of the monkey! And that's not all. This September, our favorite little chimp will once again take the world by storm when PBS launches the new Curious George animated television series. And as part of the celebration, we have an all new Holiday Show featuring an appearance by Curious George himself. As an option, the show can be presented in association with your local public television station.

COST RANGE:    $5,000 - $6,000



**THE ALL-NEW JINGLE BEAR ROCK** is a hand-clapping, knee-slapping holiday revue that will bring Santa rockin' and rollin' into your mall this season. Our cast of holiday Bears lead a revue of happy holiday music and fun. And audience members will have the chance to be part of a Christmas party that's more fun than a barrel of bears! Joining the fun will be special appearances by PADDINGTON BEAR and / or CORDUROY, CLASSIC POOH, and / or the BERENSTAIN BEARS (presented in association with a mall book store).



COST RANGE:    $4,500 - $6,500



**RUDOLPH'S VERY OWN HOLIDAY SHOW** is our merriest holiday show. Join your favorite red-nose reindeer you get ready for the biggest holiday of the year! **RUDOLPH THE REINDEER** will lead the way along with MRS. EMMA CLAUS and Sparky (or Sparky the Elf) as children have a blash with interactive Holiday songs and activities from their favorite television shows. There will even be a plot twist when Santa is lost in a blizzard on the way to the mall because Rudolph's nose had a short circuit. But with the help of the kids in the audience, Santa finally arrives safely. As an option, you can include a favorite TV or storybook costume character to add to the fun!.



COST RANGE:    $3,500 - $4,700



Let us create a **HOLIDAY PARADE** of any magnitude ... from and informal parade through your mall to a full fledged holiday parade with cold air balloons and floats. Call us for more information.

---

### OTHER INFORMATION

REQUIREMENTS. Mall provides a basic sound system with operator, staging, dressing room facilities, and security. For shows that are not within a 120 mile radius of NYC, Orlando or Los Angeles, mall may possibly have to provide the cost of round trip transportation (car or air) and hotel accommodations IF the show is not already in your area. Prices listed above may vary depending on the specific circumstances and travel time. DISCOUNTS. We can possibly reduce the costs of the show from $500 - $1,000 depending on the following:

- If the show is already booked in your area on a consecutive day;
- If you want less than 3 shows per day (in some cases only);
- If the show is booked on any other day than a Saturday;
- If you can assist in arranging for a booking at a sister mall (we can offer excellent packages deal between the two or more sister malls);

*Special Productions, Inc.*
(212) 678-1713 x203

# 2007 Costume Character Appearances



Presented in Association with

*Special Productions, Inc.*

# Group #1





CLASSIC WINNIE-THE-POOH

STRAWBERRY SHORTCAKE

CORDUROY

MAURICE SENDAK'S "WILD THING"

THE CAT IN THE HAT

MADELINE (THE DISNEY CHANNEL)

RAGGEDY ANN & ANDY

TIMOTHY

## $1,700 per character
+ shipping (approx. $200)

If one or more sister malls plan an event on successive days, both malls can take $500 off the respective price (i.e. Mall #1 Saturday, Mall #2 Sunday)

## Buy 2 Get 1 *Free
SEE THE "FREE CHARACTER LIST" ATTACHED

Malls will be required to provide the actor wearing the costume for Free character.

Giveaways will not be included for the free character.

# Group #2



**THE PBS LINE-UP**

ARTHUR / BUSTER / D.W.
From "Arthur"

CLIFFORD

BERENSTAIN BEARS

CAILLOU
From "Caillou"

BETWEEN THE LIONS

JAYJAY

ANGELINA
BALLERINA

CASSIE
from "Dragon Tales"

BOB
THE BUILDER

COOKIE MONSTER

ELMO



## $2,500 per Character
+ shipping (approx. $200)



**Malls that buy 2 characters (from either Group 1 or 2 or a combination of the two), will receive a free character from the FREE CHARACTER LIST.** Giveaways will not be included for the free character.

# Group #3



## $3,900 per character

 If one or more sister malls plan an event on successive days, both malls can take $1,000 off the respective price (i.e. Mall #1 Saturday, Mall #2 Sunday). Participating malls may be required to transport costume from one mall to the other. (Details to be worked out with Special Productions) 

# Group #4

## OTHER HOT CHARACTERS


**CAREBEARS**
$2,900


**HELLO, KITTY**
Call for rate


**SCOOBY-DOO**
$3,000


**POWER RANGERS**
$2,500


**GARFIELD**
$2,900


**SPIDER-MAN**
Call for quote


**SPIDER-GIRL**
Call for quote


**BATMAN**
Call for quote

**And Direct from the New Motion Picture …**



$3,000



## Prices Vary

The prices of these characters vary. Call for qn exact quote.



# Group #5

## SEASONAL CHARACTERS

FROSTY THE SNOWMAN
$1,500



RUDOLPH THE RED NOSE REINDEER
$1,500

PETER RABBIT
$1,500



MOTHER GOOSE
$2,000

FRANKENSTEIN
$2,000


## LIVE STAGE SHOWS!

### Kids Are SuperStars, Too!



This event celebrates the world of kids and inspires a sense of self-esteem. All of the fun starts with a live show starring our SuperStar hosts leads the audience in interactive songs and activities from "Scooby Doo", "Arthur", "Barbie", and "SpongeBob." There will be more fun as kids in the audience come onstage to learn how to be a SuperStar and get to be contestants in the Nickelodeon Trivia Game. On hand is a SuperStar character of your choice.

### PBS Kids Road Show

The PBS Kids Road Show will be an exciting, fun filled event celebrating public television. The event will provide an opportunity for your mall and the public television station to partner in a high quality family-oriented event featuring one or more PBS character of your choice. In many cases, your local public television station may come on board with some free promotion.



### Holiday Theme Shows



Special holiday shows will be customized for Easter Bunny Arrival, Halloween and Santa's Arrival. In addition to your celebrity character of choice, these shows will incorporate such special holiday characters as Peter Cottontail, Mother Goose, the Mad Hatter, Frankenstein, Sparky the Elf, Rudolf, Frosty and Mrs. Emma Claus!



#### $3,900 - $5,900
Includes three performances & Character Meet & Greet



**If one or more sister malls plans an event on successive days, both malls can take $1,000 off the respective price (i.e. Mall #1 Saturday, Mall #2 Sunday). Participating malls may be required to transport costume from one mall to the other. (Details to be worked out with Special Productions)**



## FREE CHARACTERS

CLASSIC WINNIE THE POOH

MADELINE (THE DISNEY CHANNEL)

FRANKLIN (NICK JR.)

CORDUROY

MAURICE SENDAK'S "WILD THING"

RAGGEDY ANN & ANDY

THE CAT IN THE HAT

STRAWBERRY SHORTCAKE

**\* NOTE \***
*Malls will be required to provide actor wearing costume for free character as well as pay for shipping.  Giveaways will not be included for the free character.*