# EXHIBIT L

Case 1:07-cv-09237-PKC   Document 12-14   Filed 02/29/2008   Page 1 of 4

Document1

# SWANSEA MALL'S CHILDREN'S FESTIVAL

### Saturday, April 28, 2007
### 10 a.m. to 4 p.m.

## Meet Dora The Explorer from the hit TV series on Nickelodeon!



**Meet & Greet Times**
12:00 to 12:30
1:00 to 1:30
2:00 to 2:30
3:00 to 3:30

- Exhibitors with great products and services from 10 a.m. to 4 p.m. throughout the mall.
- FREE Face Painting from 10 a.m. to 2 p.m.
- FREE Balloon Creations from 12 p.m. to 4 p.m.
- Polaroid photos with **Dora the Explorer** with a $2 donation to Habitat for Humanity!
- Demonstrations and activities throughout the day.
- Check out our website at visitswanseamall.com for more details.

© 2007 Viacom International Inc. All Rights Reserved. Nickelodeon, Dora the Explorer and all related titles, logos and characters are trademarks of Viacom International Inc.

**S·W·A·N·S·E·A M·A·L·L**

SEARCH

- CENTER INFORMATION
- GIFT CARDS
- STORE DIRECTORY
- DINING & ENTERTAINMENT
- SALES
- EVENTS
- PROGRAMS
- CAREERS
- LEASING INFORMATION
- ENTER TO WIN

### The Children's Festival Presents Dora the Explorer!!

Meet Dora the Explorer at one of the scheduled meet and greet sessions! Have your photo taken with Dora for a $2 donation to Habitat for Humanity.

Vendors with products and services for children and their families will be set up throughout the mall. Entertainment & activities too!

Click here for more information.

| DATE(S) | TIME | LOCATION |
|---|---|---|
| 4/28/2007 | 10am to 4pm | Center Court |
| **SPONSOR** | **CONTACT** | |
| Swansea Mall | swanseaadmin@ggp.com | |

[EMAIL TO A FRIEND]    Return to **Events Listing**

[PRINT THIS PAGE]

**Mall Hours**
Monday-Saturday: 10:00am-9:00pm
Sunday: 11:00am-6:00pm

262 Swanse
Swansea

General Growth Properties, Inc. | Contact Us | Privacy Statement | Terms of Use | © Copyright

http://visitswanseamall.com/html/EventDetail.asp?ecd=111941    6/25/2007

Case 1:07-cv-09237-PKC     Document 12-14     Filed 02/29/2008     Page 4 of 4



# Events

**Diego Comes to Seminole Towne Center**

05/19/2007

Everyone's favorite adventurer, Diego, star of Nickelodeon's Go, Diego, Go! series is coming to Seminole Towne Center for three twenty-minute shows, Saturday, May 19th at 11 a.m., 12:30 p.m. and 2 p.m. in the mall's Center Court. The lovable character from Nickelodeon's popular TV series will entertain audiences with a special interactive mall adventure, great for the entire family. All the fun begins as our live party host leads the show with sing-along songs and interactive games from favorite children's movies and TV shows. In addition, kid's will have the opportunity to participate in a special Diego coloring/activity area, where they can enter to win Diego merchandise. Don't miss this extra special event reserved for Simon Kidgits Club members only!

If you're not a Simon Kidgits Club member, visit Simon Guest Services, located in front of Belk on the mall's lower level, where an annual membership is only $5.

© 2005 Viacom International Inc. All Rights Reserved. Nickelodeon, Go, Diego, Go! and all related titles, logos and characters are trademarks of Viacom International Inc.



