# EXHIBIT N

To: Marketing Director                Page 1 of 2  3:50:52 PM, 10/11/2007  845 8252750  Special Productions, Inc.



Oct 12 07 10:05a                                                    p.3





## Special Productions, Inc.
### COSTUME CHARACTER APPEARANCE PROGRAM

## TWO CHARACTERS FOR THE PRICE OF ONE THROUGH THE END OF THE YEAR!

Special discounts if character is booked for a "Magical Night of Giving" or similar charity event.

 

**CALL 212-678-1713 X203**

 

Oct 12 07 10:05a



Hi Laura:

### ◆ DAYTIME ENTERPRISES ◆
### L      I      M      I      T      E      D

Here is the 2 page fax that was received.

Lori

*Laura —*

*2 pages (incl. cover)*

*Dri*

October 12, 2007 AOL: DAY ENT 1

2501 Steeles Ave. W., Suite 200, North York, Ontario M3J 2P1 Tel: (905) 850-1848 Fax: (905) 850-3032
www.daytimeenterprises.com