# EXHIBIT O

# Davis Wright Tremaine LLP

LAWYERS



## Lawyer Directory





**Areas of Practice**
Media
**Intellectual Property**
**Litigation**
**Music**
**Appellate Litigation**
**Newspapers &**
  **Publishing**

marciapaul@dwt.com
(212) 603-6427

**Outlook vCard:**

**Marcia B. Paul**
Partner- New York, New York Office

**Representative Experience**
Counseling clients in copyright, trademark, libel, advertising and related intellectual property matters

**Prior Experience**
Partner, Kay & Boose

Partner, Greenbaum, Wolff & Ernst

Associate, Sullivan & Cromwell

**Publications and Presentations**
Frequent lecturer on litigation and intellectual property matters

Lectured and later co-chaired on a Practicing Law Institute panel entitled "Litigating Copyright Trademark and Unfair Competition Cases," authored a section of the PLI Handbook

Has lectured for the Sports and Entertainment Law Committee of the American Bar Association, the New York State Bar Association, and the New York County Lawyers Association on various aspects of civil litigation strategy

Has guest lectured on intellectual property matters at Columbia University School of Law, New York University School of Law, Touro Law, and New York Law School

**Memberships and Activities**
New York Bar

District of Columbia Bar

Member of the bar of the Supreme Court of the United States, the Second, Fourth, District of Columbia, Eighth, Ninth and Tenth Circuit Courts of Appeal, and the federal district courts for the Southern, Eastern and Northern Districts of New York and the District of Columbia

The Copyright Society

Served on the Copyright and the Communications Committees of the New York City Bar Association

Served on the Committee on State Courts of Superior Jurisdiction of the City Bar and on the Federal Courts Committees of the Federal Bar Counsel (past Trustee) and of the New York County Lawyers Association

First annual recipient, American Inns of Court

Professionalism Award for the Second Circuit, 2002

Named as one of the "Best Lawyers in America" in Commercial Litigation, in Intellectual Property Law, and in Media Law by *Woodward/White*

**Education**
J.D., Columbia University School of Law, 1972

B.A., Barnard College, 1969

**Languages**
Proficient in French

Davis Wright Tremaine LLP
Home | Practice Areas | News To Use | Recruiting | DWT in the Communit
Seminars & Training | Bookstore | Lawyer Directory | Office Locations | Search &

Davis Wright Tremaine LLP 
Contact Us: 1.877.398.8416 or email info@dwt.com
©1996-2008. ALL RIGHTS RESERVED. Prior results do not guarantee a similar outcome.
Site Disclaimer, Privacy Policy & Legal Information

# Davis Wright Tremaine LLP

LAWYERS



### Lawyer Directory





**Areas of Practice**
**Intellectual Property**
**Litigation**

chrisrobinson@dwt.com
(212) 603-6441

**Outlook vCard:**

**Christopher J. Robinson**
Associate- New York, New York Office

**Representative Experience**
Trademark, unfair competition, false advertising, copyright, art law, patent appeals

Extensive experience in grey market goods litigation

General litigation, including white collar, regulatory, contract, and the Fair Credit Reporting Act

Practicing before the United States Patent and Trademark Office (USPTO) and Trademark Trial and Appeal Board (TTAB), World Intellectual Property Organization (WIPO) arbitrations

**Prior Experience**
Associate, Debevoise & Plimpton LLP, New York, New York

Summer Associate, Proskauer Rose LLP, New York, New York

Intern, The Honorable John G. Koeltl, U.S.D.J., Southern District of New York

**Publications and Presentations**
Co-author, "Using IP Laws to Prevent Parallel Imports," National CLE Conference, Aspen, CO, January 2006

Note, "'Recognized Stature' in the Visual Artists Rights Act," 68 *Fordham Law Review* 1935, April 2000

"Paul Baudry and the Paris Opera: 'The Artist as "Renovateur,"'" *The Art Journal*, Spring 1987

**Memberships and Activities**
Committee on Fine Arts for the NYSBA

General Counsel, Private Art Dealers Association (PADA)

New York Bar, Southern District of New York,

Eastern District of New York

Fellow, Pierpont Morgan Library

**Education**
J.D., Fordham University School of Law, 2001

- Editor-in-Chief, *Fordham Law Review*

PhD Candidate, London University, Courtauld Institute of Art, 1979 - All But Dissertation

M.A. in Modern History, Oxford University, 1997

B.A. in Modern History, Oxford University, 1979

**Languages**
Fluent in French, reading knowledge of Italian

Davis Wright Tremaine LLP
Home | Practice Areas | News To Use | Recruiting | DWT in the Communit
Seminars & Training | Bookstore | Lawyer Directory | Office Locations | Search &



Davis Wright Tremaine LLP
Contact Us: 1.877.398.8416 or email info@dwt.com
©1996-2008. ALL RIGHTS RESERVED. Prior results do not guarantee a similar outcome.
Site Disclaimer, Privacy Policy & Legal Information