UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------- x
VIACOM INTERNATIONAL INC., a
Delaware corporation,                                            No.: 07 Civ. 9237 (PKC)

                Plaintiff,                                  NOTICE OF MOTION FOR
                                                              DEFAULT JUDGMENT
    v.

SPECIAL PRODUCTIONS, INC.
and MICHAEL DAVIDS a/k/a
MICHAEL H. DEMOS,

                Defendants.
------------------------------------------------------------- x

    PLEASE TAKE NOTICE that, upon the annexed affidavit of Marcia B. Paul, sworn to February 27, 2007, together with the exhibits thereto, the memorandum of law in Support of Plaintiff's Application for a Default Judgment, and all prior pleadings and proceedings heretofore had herein, plaintiff Viacom International Inc. ("Viacom"), by its undersigned attorneys, will move this Court before the Honorable P. Kevin Castel, United States District Judge, in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on March 21, 2008 at 9 am, or such other time and place as the Court may direct, for a Default Judgment against defendants Special Productions, Inc. and Michael Davids, a/k/a Michael H. Demos pursuant to Federal Rules of Civil Procedure 55(b) and Local Civil Rule 55.2:

    1.    For a permanent injunction prohibiting defendants and any of them and/or their officers, directors, agents, servants, employees, licensees and assigns, and all persons firms or corporations acting in concert or participation with them, including but not limited to Ray Grimard and Special Productions Inc. of Florida, a corporation organized and existing under the laws of Florida, from (1) using the SPONGEBOB SQUAREPANTS; DORA THE EXPLORER; GO, DIEGO, GO!; JIMMY NEUTRON; RUGRATS; and THE WILD THORNBERRYS names and trademarks or any colorable imitations of the trademarks, on and in connection with the manufacture, advertisement, promotion, distribution and/or sale of any goods or services; (2) doing any act or thing calculated or likely to cause

confusion or mistake in the minds of members of the public, or prospective customers of Viacom's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is any connection between defendants and Viacom or that defendants are acting under the authority of Viacom; and (3) committing any of the acts which will or are likely to tarnish, blur, or dilute the distinctive quality of the famous and distinctive Viacom trademarks.

2. For a permanent injunction under 17 U.S.C. § 502, prohibiting defendants and their respective officers, directors, agents, servants, employees, licensees and assigns, and all persons, firms or corporations acting in concert or participation with them, from infringing in any manner any of the Viacom copyrights as set forth in Schedule A attached herewith.

3. For statutory damages pursuant to 17 U.S.C. § 504(c)(1) in the amount of $21,750.

4. For an order awarding plaintiff attorneys' fees and costs pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117, in the amount of $36,777.40.

5. To order the Clerk of the Court to close this case and remove this action from the docket, without prejudice to plaintiff's ability to enforce this Default Judgment, or to reopen this matter to pursue sanctions for any violations of this Default Judgment.

Dated: New York, New York
February 28, 2008

        DAVIS WRIGHT TREMAINE LLP

        By: *Marcia B Paul*
        Marcia B. Paul (MBP 8427)
        Christopher J. Robinson (CR 9165)

        1633 Broadway
        New York, New York 10019-6708
        Phone (212) 489-8230

        *Attorneys for Plaintiff Viacom International Inc.*

# SCHEDULE A

Document1

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Dora the Explorer | (Mighty Mouse) greeting card. No. 10CN956. By aNorcross, Inc. | Registered | RE-331-441 | 2/6/1987 |
| Dora the Explorer | Boots. | Registered | TX-5-744-515 | 5/1/2003 |
| Dora the Explorer | Boots's backpack book. | Registered | TX-5-926-107 | 12/12/2002 |
| Dora the Explorer | DORA THE EXPLORER - Animal Adventures | Registered | PA 1-376-065 | 4/20/2007 |
| Dora the Explorer | DORA THE EXPLORER Episode - Choo Choo | Registered | PA 1-001-488 | 9/14/2000 |
| Dora the Explorer | DORA THE EXPLORER Episode - The Big Red Chicken | Registered | PA 1-001-485 | 9/14/2000 |
| Dora the Explorer | DORA THE EXPLORER Episode #121 - "El Coqui" | Registered | PA 1-038-730 | 5/15/2001 |
| Dora the Explorer | DORA THE EXPLORER Episode #122 - "The Chocolate Tree" | Registered | PA 1-038-734 | 5/15/2001 |
| Dora the Explorer | DORA THE EXPLORER Episode #125 - "To the Treehouse" | Registered | PA 1-038-733 | 5/15/2001 |
| Dora the Explorer | DORA THE EXPLORER Home Video - Dance to The Rescue | Registered | Pa1-313-139 | 11/18/2005 |
| Dora the Explorer | DORA THE EXPLORER Home Video - Dora' Halloween | Registered | PA1-236-319 | |
| Dora the Explorer | DORA THE EXPLORER Home Video - Dora' Pirate Adventure | Registered | PA1-236-128 | 8/16/2004 |
| Dora the Explorer | DORA THE EXPLORER Home Video - Egg Hunt | Registered | PA1-236-125 | |
| Dora the Explorer | DORA THE EXPLORER Home Video - It's a Party | Registered | PA1-294-126 | |
| Dora the Explorer | DORA THE EXPLORER Home Video - Meet Diego | Registered | PA1-236-123 | |
| Dora the Explorer | DORA THE EXPLORER Home Video - Super Babies | Registered | PA1-278-925 | 8/26/2005 |
| Dora the Explorer | DORA THE EXPLORER Home Video - Super Silly Fiesta! | Registered | PA1-236-377 | 8/16/2004 |
| Dora the Explorer | DORA THE EXPLORER Home Video - Swing Into Action | Registered | PA 1-047-244 | 6/15/2001 |
| Dora the Explorer | DORA THE EXPLORER Home Video - Wish On A Star | Registered | PA 1-047-243 | 6/15/2001 |
| Dora the Explorer | DORA THE EXPLORER - Musical School Days | Registered | PA 1-379-864 | 6/1/2007 |
| Dora the Explorer | DORA THE EXPLORER - Shy Rainbow | Registered | PA 1-376-122 | 4/20/2007 |
| Dora the Explorer | DORA THE EXPLORER - We're a Team! | Registered | PA 1-379-863 | 6/1/2007 |
| Dora the Explorer | DORA THE EXPLORER - World Adventure! | Registered | PA 1-379-862 | 6/1/2007 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Dora the Explorer | Dora the Explorer - Back to School Fall 2006 | Registered | VAu720-300 | 11/17/2005 |
| Dora the Explorer | Dora the Explorer - Character Art | Registered | VAU664-553 | 4/4/2005 |
| Dora the Explorer | Dora the Explorer - Character Art 2006 | Registered | VAu664-551 | 4/4/2005 |
| Dora the Explorer | Dora the Explorer - Dora's Pirate Adventure Character Art | Registered | VAU-632-980 | 8/16/2004 |
| Dora the Explorer | Dora the Explorer - Dora's World Adventure! Styleguide (2006) | Registered | VAU693-890 | 11/17/2005 |
| Dora the Explorer | Dora the Explorer - Fall 2001 Styleguide | Registered | VAu509-660 | 2/23/2001 |
| Dora the Explorer | Dora the Explorer - Fall 2003 Styleguide | Registered | VA1-239-970 | |
| Dora the Explorer | Dora the Explorer - Spring 2003 Styleguide | Registered | VA1-239-974 | |
| Dora the Explorer | Dora the Explorer - Spring 2005 Apparel Guide | Registered | VAu619-635 | |
| Dora the Explorer | Dora the Explorer - Winter Adventures - Fall 2007/Character Art | Registered | VAu735-240 | 3/12/2004 |
| Go, Diego! Go! | GO DIEGO GO! Diego In Action! Spring 2008 - Character Art | Registered | VAu743-729 | 3/26/2007 |
| Go, Diego! Go! | GO DIEGO GO! Diego Saves Christmas | Registered | PA 1-366-227 | 1/16/2007 |
| Go, Diego! Go! | GO DIEGO GO! The Great Jaguar Rescue DVD | Registered | PA 1-378-886 | 2/14/2007 |
| Go, Diego! Go! | Go Diego Go! - Go Diego Go! Launch Kit | Registered | VAU-674-458 | 6/10/2005 |
| Go, Diego! Go! | Go Diego Go! - Spring 2007 | Registered | VAU669-654 | 3/1/2006 |
| Go, Diego! Go! | Go Diego Go! - Styleguide | Registered | VAU688-667 | 9/23/2005 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Home Video - Fear of a Krabby Patty | Registered | PA1-278-924 | 8/26/2005 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS - Season 4 Volume 2 | Registered | PA 1-383-875 | 2/14/2007 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| SpongeBob SquarePants | Blower/Tea at the Treedome | Registered | PA 988-564 | 6/9/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #002 - Bubblestand/Ripped Pants | Registered | PA 988-566 | 6/9/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #003 - Jellyfishing/Plankton | Registered | PA 1-026-760 | 11/21/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #004 - Naughty Nautical Neighbor / Boating School | Registered | PA 1-026-770 | 11/21/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #005- Home Sweet Pineapple/Pizza Delivery | Registered | PA 1-026-771 | 11/17/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #006 - Mermaidman and Barnacleboy/Pickles | Registered | PA 1-026-759 | 11/17/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #007 - Hall Monitor/Jellyfish Jam | Registered | PA 1-026-761 | 11/17/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #008 - Sandy's Rocket/Squeaky Boots | Registered | PA 1-026-762 | 11/17/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #009 - Nature Pants/Opposite Day | Registered | PA 1-026-764 | 11/17/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #010 - Culture Shock/F.U.N. | Registered | PAu3-095-165 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #80 | Registered | PAu3-095-163 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #81 | Registered | PAu3-095-161 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #82 | Registered | PAu3-095-167 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #83 | Registered | PAu3-098-859 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #84 | | | |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #85 | Registered | PAu3-095-166 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #86 | Registered | PAu3-098-858 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #87 | Registered | PAu3-095-162 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #88 | Registered | PAu3-095-170 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #89 | Registered | PAu3-098-929 | 3/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Eps. 90 | Registered | PAu3-116-242 | 3/26/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Friend or Foe? | Registered | PA 1-379-865 | 6/1/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Karate Island | Registered | PA 1-344-545 | 11/13/2006 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Season 4 Volume 1 | Registered | PA 1-370-857 | 1/16/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS THE COMPLETE 3RD SEASON | Registered | PA1-322-752 | 11/23/2005 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Whale of a Birthday | Registered | PA 1-344-546 | 11/13/2006 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| SpongeBob SquarePants | Spongebob Squarepants - 2002 Fall/Winter Apparel Guide | Registered | VA 1-239-967 | |
| SpongeBob SquarePants | Spongebob Squarepants - 2002 Holiday Apparel Guide | Registered | VA 1-239-971 | |
| SpongeBob SquarePants | Spongebob Squarepants - 2003 Spring Apparel Guide | Registered | VA 1-239-968 | |
| SpongeBob SquarePants | Spongebob Squarepants - 2005 Character Art | Registered | VAu664-552 | 4/4/2005 |
| SpongeBob SquarePants | Spongebob Squarepants - A Hero will rise styleguide '04 | Registered | Vau-618-865 | |
| SpongeBob SquarePants | Spongebob Squarepants - Absorbing Favorites 2007 | Registered | VAU669-651 | 3/1/2006 |
| SpongeBob SquarePants | Spongebob Squarepants - Art Supplement Spring 2001 - Styleguide | Registered | VA 1-050-199 | |
| SpongeBob SquarePants | Spongebob Squarepants - Beyond Bikini Bottom | Registered | VA1-331-594* New#VAU692-350 (Discard Other | |
| SpongeBob SquarePants | Spongebob Squarepants - Fall 2007 Apparel Guide/Styleguide | Registered | VAu735-237 | |
| SpongeBob SquarePants | Spongebob Squarepants - Hookbook Spring 2001 - Styleguide | Registered | VA 1-042-135 | |
| SpongeBob SquarePants | Spongebob Squarepants - Lost in Time Art Supplement 2005 | Registered | VAU-693-392 | 1/4/2006 |
| SpongeBob SquarePants | Spongebob Squarepants - SB Fall 2006 Apparel Guide | Registered | VAU671-322 | 11/5/2006 |
| SpongeBob SquarePants | Spongebob Squarepants - Soaking Up the Laughs '04 | Registered | VAu622-897 | |
| SpongeBob SquarePants | Spongebob Squarepants - Spongebob B-Movie Poster Program & 2005 ( | Registered | VAU683-688 | 4/7/2005 |
| SpongeBob SquarePants | Spongebob Squarepants - Spongebob Guide for Grown Up Apparel | Registered | VAu619-976 | |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| SpongeBob SquarePants | Spongebob Squarepants - Spongebob Show Jokes Guide Part 2 | Registered | VAU686-837 | 9/23/2005 |
| SpongeBob SquarePants | Spongebob Squarepants - Spring '05 Apparel Guide | Registered | Vau619-636 | |
| SpongeBob SquarePants | Spongebob Squarepants - Spring 2007 Apparel Guide | Registered | VAU-669-652 | 3/1/2006 |
| SpongeBob SquarePants | Spongebob Squarepants - Spring 2008 Guide/Character Art | Registered | VAu735-241 | |
| The Wild Thornberrys | THE WILD THORNBERRYS Home Video - A Thornberry Christmas | Registered | PA 1-029-910 | 3/20/2001 |
| The Wild Thornberrys | WILD THORNBERRYS, THE Epidsode #016 - The Great Bangaboo | Registered | PA 1-008-128 | 6/8/2000 |
| The Wild Thornberrys | WILD THORNBERRYS, THE Episode #001 - Iron Curtain | Registered | PA 1-008-126 | 6/8/2000 |
| The Wild Thornberrys | WILD THORNBERRYS, THE Episode #011 - Eliza-cology | Registered | PA 1-008-127 | 6/27/2000 |
| The Wild Thornberrys | WILD THORNBERRYS, THE Episode #014 - Nigel Knows Best" | Registered | PA 1-008-129 | 6/12/2000 |
| The Wild Thornberrys | Wild Thornberrys - Styleguide (Media Kit - artwork & CD-Rom) | Registered | VA 1-041-966 | 4/19/2000 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Rugrats | RUGRATS Episode - A Baby's Gotta Do What A Baby's Gotta Do (Vol.2) | Registered | PA 675-617 | 11/26/1993 |
| Rugrats | RUGRATS Episode - Angelica The Divine | Registered | PA 715-339 | 6/16/1994 |
| Rugrats | RUGRATS Episode - Chuckie The Brave | Registered | PA 715-338 | 6/16/1994 |
| Rugrats | RUGRATS Episode - Tales From The Crib Volume 1 | Registered | PA 675-611 | 11/26/1993 |
| Rugrats | RUGRATS Episode #1 - Tommy's First Birthday | Registered | PA 944-730 | 7/13/1999 |
| Rugrats | RUGRATS Episode #2 - Barbeque Story | Registered | PA 944-732 | 7/13/1999 |
| Rugrats | RUGRATS Episode #3 - At The Movies | Registered | PA 944-729 | 7/13/1999 |
| Rugrats | RUGRATS Episode #4 - Baby Commercial | Registered | PA 944-734 | 7/13/1999 |
| Rugrats | RUGRATS Episode #5 - Beauty Contest | Registered | PA 944-733 | 7/13/1999 |
| Rugrats | RUGRATS Home Video - Angelica Knows Best | Registered | PA 905-418 | 8/25/1998 |
| Rugrats | RUGRATS Home Video - Chuckie the Brave | Registered | PA 902-275 | 8/11/1998 |
| Rugrats | RUGRATS Home Video - Grandpa's Favorite Stories | Registered | PA 967-257 | 12/15/1999 |
| Rugrats | RUGRATS Home Video - I Think I Like You | Registered | PA 989-703 | 5/15/2000 |
| Rugrats | RUGRATS Home Video - Make Room for Dil | Registered | PA 987-051 | 3/23/2000 |
| Rugrats | RUGRATS Home Video - Phil and Lil Double Trouble | Registered | PA 916-093 | 8/11/1998 |
| Rugrats | RUGRATS Home Video - Return of Reptar | Registered | PA 891-515 | 6/15/1998 |
| Rugrats | RUGRATS Home Video - Runaway Reptar | Registered | PA 987-050 | 3/23/2000 |
| Rugrats | RUGRATS Home Video - Tales From The Crib | Registered | PA 967-258 | 12/15/1999 |
| Rugrats | RUGRATS Homevideo – Tales from The Crib – Snow White | Registered | Pau3-004-962 | 11/18/2005 |
| Rugrats | RUGRATS Pilot Episode | Registered | PAu 2-299-518 | 6/17/1998 |
| Rugrats | The Rugrats Movie - Styleguide | Registered | Vau432-968 | |
| Rugrats | Totally Angelica - Rugrats Apparel Style Guide | Registered | VA 1-019-595 | |
| Rugrats | Rugrats - Hookbook Fall/Winter 2000 Apparel Style Guide | Registered | VA 1-019-594 | |
| Rugrats | Rugrats - Hookbook Spring Forward 2000 Apparel Style Guide | Registered | VA 1-019-593 | |
| Rugrats | Rugrats - Major League Baseball Art - Press Art | Registered | VA 1-037-236 | |
| Rugrats | Rugrats - Styleguide | Registered | VAu281-067 | |
| Rugrats | Rugrats - Styleguide | Registered | VA 921-52 | |
| Rugrats | Rugrats Comic Adventures - Volume #1, Issue #7 | Registered | TX 5-385-857 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 1 | Registered | TX 5-404-943 | 7/24/2001 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 10 | Registered | TX 5-385-852 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 2 | Registered | TX 5-385-853 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 3 | Registered | TX 5-385-856 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 4 | Registered | TX 5-385-854 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 5 | Registered | TX 5-385-855 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 6 | Registered | TX 5-385-861 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 8 | Registered | TX 5-385-859 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 9 | Registered | TX 5-385-858 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 1 | Registered | TX 5-268-828 | 4/30/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 10 | Registered | TX 5-269-782 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 2 | Registered | TX 5-303-075 | 4/30/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 3 | Registered | TX 5-268-826 | 4/30/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 4 | Registered | TX 5-268-827 | 4/30/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 5 | Registered | TX 5-269-036 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 6 | Registered | TX 5-269-038 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 7 | Registered | TX 5-324-982 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 8 | Registered | TX 5-325-336 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 9 | Registered | TX 5-269-037 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #1 | Registered | TX 5-172-604 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #2 | Registered | TX 5-181-674 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #3 | Registered | TX 5-181-675 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #4 | Registered | TX 5-181-676 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #5 | Registered | TX 5-165-450 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #6 | Registered | TX 5-172-603 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #7 | Registered | TX 5-181-677 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #8 | Registered | TX 5-164-693 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #9 | Registered | TX 5-172-605 | 9/20/2000 |
| Rugrats | Rugrats Fall 1999 Apparel Style Guide | Registered | VA 990-494 | 6/25/1999 |
| Rugrats | Rugrats Fall/Winter 2000 Apparel Guide Supplement (Styleguide) | Registered | VA 1-035-731 | 4/19/2000 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Rugrats | Rugrats Holiday 1999 Apparel Style Guide | Registered | VA 990-996 | 6/25/1999 |
| Rugrats | Rugrats in Paris - Press Art | Registered | VA 1-006-972 | 4/19/2000 |
| Rugrats | Rugrats in Paris - The Movie Apparel Guide 2000 (Styleguide) | Registered | VA 1-050-200 | 4/19/2000 |
| Rugrats | Rugrats Packaging Guidelines | Registered | VA 518-569 | 2/21/2001 |
| Rugrats | Rugrats Spring 2000 Apparel Style Guide | Registered | VA 990-495 | 6/25/1999 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Carl) | Registered | VA 1-111-864 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Cindy) | Registered | VA 1-111-863 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Goddard) | Registered | VA 1-111-868 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Hugh Neutron) | Registered | VA 1-111-866 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Jimmy Neutron) | Registered | VA 1-111-867 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Judy Neutron) | Registered | VA 1-111-861 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Libby) | Registered | VA 1-111-862 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Nick) | Registered | VA 1-111-860 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Sheen) | Registered | VA 1-111-865 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius - Promotions Marketing Creative Guidelines | Registered | VA 1-105-043 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius - Packaging Guidelines | Registered | VA 1-110-980 | 10/9/2001 |
| Jimmy Neutron | The Adventures of Jimmy Neutron Boy Genius - Holiday 2002 Supplement | Registered | VA 1-239-972 | 9/9/2003 |
| Jimmy Neutron | The Adventures of Jimmy Neutron Boy Genius - Fall 2003 Apparel Guide | Registered | VA 1-239-973 | 9/9/2003 |