# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VAu 735 – 241**

EFFECTIVE DATE OF REGISTRATION

**MAR 26 2007**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

Spongebob Squarepants - Spring 2008 Guide

**NATURE OF THIS WORK ▼** See Instructions

Character Art

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a    Viacom International Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ USA
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

a **Year in Which Creation of This Work Was Completed**
2006
Year    This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____ Nation _____

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Viacom International Inc.
1515 Broadway, 34th Floor
New York, NY 10036

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**MAR 26 2007**
ONE DEPOSIT RECEIVED
**MAR 26 2007**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

*Character(s) as such not registrable; registration based on deposited author-ship describing, depicting or embodying the character(s). Compendium II of Copy-right Office Practices 202.02(1).

| EXAMINED BY  *RB* | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a    See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

MTV Networks          83941

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Viacom International Inc.    Attn: Cindy Morales

1515 Broadway, 34th Floor

New York, NY 10036

Area code and daytime telephone number  ( 212 ) 846-8892          Fax number  ( 212 ) 846-1774

Email  cindy.morales@mtvstaff.com

**7**

a

b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Viacom International Inc.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Laurie L. Dillon, VP Intellectual Property          Date  3/15/07

Handwritten signature (X) ▼

x  *Laurie Dillon*

**8**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Viacom International Inc.  Attn: Cindy Morales |
|---|---|
| | Number/Street/Apt ▼<br>1515 Broadway, 34th Floor |
| | City/State/ZIP ▼<br>New York, NY 10036 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VAu 735 – 240**

EFFECTIVE DATE OF REGISTRATION

MAR 26 2007
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

Dora The Explorer - Winter Adventures - Fall 2007

**NATURE OF THIS WORK ▼** See Instructions

\*    Character Art

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

a    Viacom International Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in    USA

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

b    **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

a    **Year in Which Creation of This Work Was Completed**
2006
This information must be given in all cases.

b    **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month _____    Day _____    Year _____
Nation _____

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Viacom International Inc.
1515 Broadway, 34th Floor
New York, NY 10036

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAR 26 2007
**ONE DEPOSIT RECEIVED**
MAR 26 2007
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

*Character(s) as such not registrable;
registration based on deposited author-
ship describing, depicting, or embodying
the character(s). Compendium II of Copy-
right Office Practices 202.02(1).

| EXAMINED BY | RB | FORM VA |
| CHECKED BY | | |

| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a   See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                      Account Number ▼

MTV Networks                              83941

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Viacom International Inc.  Attn: Cindy Morales
1515 Broadway, 34th Floor
New York, NY 10036

b

Area code and daytime telephone number  ( 212 ) 846-8892          Fax number  ( 212 ) 846-1774

Email  cindy.morales@mtvstaff.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Viacom International Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Laurie L. Dillon, VP Intellectual Property                          Date  3/15/07

Handwritten signature (X) ▼

x _Laurie Dillon_

**8**

Certificate will be mailed in window envelope to this address:

| Name ▼ |
| Viacom International Inc.  Attn: Cindy Morales |
| Number/Street/Apt ▼ |
| 1515 Broadway, 34th Floor |
| City/State/ZIP ▼ |
| New York, NY 10036 |

• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM PA**
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

RE

**PA 1 – 236 – 123**



EF.

Aug 16, 2004
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Dora The Explorer - Meet Diego

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼ See instructions**

Audiovisual Work

## 2

**a**

**NAME OF AUTHOR ▼**

Viacom International Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ _USA_

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2003

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ October     Day ▶ 7     Year ▶ 2003

◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Viacom International Inc.    Attn: Frederick A. Morton, Jr.
1515 Broadway, 34th Floor
New York, New York 10036

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
AUG 1 6 2004
ONE DEPOSIT RECEIVED
DVD 1D
TWO DEPOSITS RECEIVED
AUG 1 6 2004    MP
FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _2_ pages

EXAMINED BY ☑ DISCIAV                                    FORM PA

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is "no," go to space 7
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼                                    a

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼          b

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                    **Account Number** ▼
MTV Networks                                    83941          a

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
Viacom International Inc.   Attention: Frederick A. Morton, Jr.
1515 Broadway, 34th Floor
New York, New York 10036          b

Area code and daytime telephone number ▶ ( 212 ) 846-6359          Fax number ▶ ( 212 ) 846-1761
Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Viacom International Inc.
          Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Frederick A. Morton, Jr., Senior Vice President, Deputy Counsel, MTV Networks          Date ▶ July 20, 2004

Handwritten signature (X) ▼
☞          X _signature_

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Viacom International Inc.  Attention: Frederick A. Morton, Jr.
**Number/Street/Apt** ▼
1515 Broadway, 34th Floor
**City/State/ZIP** ▼
New York, New York 10036

**9**

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

As of July 1, 2002,
the filing fee for
Form PA is $30.

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.
June 1999—200,000          ☉ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/69
WEB REV: June 1999

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Ⓒ Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REG ____

**PA 1–366–227**

EFi ____

*Jan 16, 2007*
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**1**
**TITLE OF THIS WORK ▼**
Go Diego Go! - Diego Saves Christmas

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See instructions

Audiovisual

---

**2**

**a**
**NAME OF AUTHOR ▼**
Viacom International Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
     Domiciled in    **USA**

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
Entire work

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
     Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a work made for hire ?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ____
     Domiciled in ____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

---

**3**

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
**2006** ◀ Year in all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month **October**  Day **26**  Year **2006**
Nation

---

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Viacom International Inc
1515 Broadway
New York, NY 10036

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

See instructions before completing this space

**APPLICATION RECEIVED**
JAN 16 2007
**ONE DEPOSIT RECEIVED**
JAN 16 2007    DVD
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** Complete all applicable spaces (numbers 5-9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY   $DISC$ | | FORM PA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE  USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes   why is another registration being sought? (Check appropriate box ) ▼ If your answer is  No  do not check box A, B  or C

a  ☐ This is the first published edition of a work previously registered in unpublished form

b  ☐ This is the first application submitted by this author as copyright claimant

c  ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is  Yes  give  Previous Registration Number ▼                Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates ▼

**a**

Material Added to This Work  Give a brief  general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**6**

See instructions before completing this space

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office  give name and number of Account

Name ▼                                          Account Number ▼

MTV Networks                                    83941

**a**

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Viacom International Inc   Attn   Cindy Morales

1515 Broadway, 34th Floor, New York, NY 10036

Area code and daytime telephone number   ( 212  ) 846-8892          Fax number   ( 212  ) 846-1774

Email

**b**

**CERTIFICATION\***  I  the undersigned  hereby certify that I am the

Check only one ▶

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☑ authorized agent of  Viacom International Inc

Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3  do not sign and submit it before that date

Laurie L  Dillon, VP Intellectual Property                Date  1/4/07

Handwritten signature (X) ▼

x  _Laurie Dillon_

| Certificate will be mailed in window envelope to this address | Name ▼ Viacom International Inc   Attn   Cindy Morales | |
| --- | --- | --- |
| | Number/Street/Apt ▼ 1515 Broadway, 34th Floor | |
| | City/State/ZIP ▼ New York, NY 10036 | |

Complete all necessary spaces

Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

1 Application form

2 Nonrefundable filing fee in check or money order payable to Register of Copyrights

3 Deposit material

Library of Congress

Copyright Office

101 Independence Avenue  S E

Washington  D C  20559-6000

**9**

17 U S C  § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev  June 2002—20 000   Web Rev  June 2002   ⊛ Printed on recycled paper                U S Government Printing Office  2000-461 113/20 (21)

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Visual Arts

VAu 669-654

VA
EFFECTIVE DATE OF REGISTRATION

3 . 1 . 06

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**Title of This Work ▼**

Go Diego Go! Spring 2007

**NATURE OF THIS WORK ▼** See instructions

Style Guide

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical serial or collection give information about the collective work in which the contribution appeared Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

Viacom International Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law the "author" of a "work made for hire" is generally the employer not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as Author of that part and leave the space for dates of birth and death blank

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes" see detailed instructions

**Nature of Authorship** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**  This information must be given    Year in all cases
2006

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published
Month _____  Day _____  Year _____
Nation _____

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Viacom International Inc
1515 Broadway, 34th Floor
New York, NY 10036

See instructions before completing this space

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2 give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAR 0 1 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 0 1 2006

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | 5bW | FORM VA |
|---|---|---|
| CHECKED BY | | |

| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|

**DO NOT WRITE ABOVE THIS LINE  IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work or for an earlier version of this work already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is  Yes  why is another registration being sought? (Check appropriate box ) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form

b. ☐ This is the first application submitted by this author as copyright claimant

c. ☐ This is a changed version of the work  as shown by space 6 on this application

If your answer is  Yes  give  **Previous Registration Number** ▼                     **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work  complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates  ▼

See instructions before completing this space

b  **Material Added to This Work** Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account

| Name ▼ | Account Number ▼ |
|---|---|
| MTV Networks | 83941 |

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent  Name/Address/Apt/City/State/ZIP ▼

Viacom International Inc     Attn   Cindy Morales
1515 Broadway, 34th Floor
New York NY 10036

Area code and daytime telephone number    ( 212 ) 846-8892          Fax number    ( 212 ) 846-1774

Email   cindy morales@mtvstaff com

**CERTIFICATION\*** I  the undersigned, hereby certify that I am the

check only one ▶ {  ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  **Viacom International Inc**
Name of author or other copyright claimant  or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date

Laurie L  Dillon, VP Intellectual Property                           Date    2/23/06

Handwritten signature (X) ▼

x  _Laurie Dillon_

| Certificate will be mailed in window envelope to this address | Name ▼ |
|---|---|
| | Viacom International Inc   Attn   Cindy Morales |
| | Number/Street/Apt ▼ |
| | 1515 Broadway, 34th Floor |
| | City/State/ZIP ▼ |
| | New York, NY 10036 |

* Complete all necessary spaces
* Sign your application in space 8

1 Application form
2 Nonrefundable filing fee in check or money order payable to  Register of Copyrights
3 Deposit material

Library of Congress
Copyright Office
101 Independence Avenue  S E
Washington  D C  20559-6000

17 U S C § 506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409  or in any written statement filed in connection with the application  shall be fined not more than $2 500

Rev August 2003—30 000   Web Rev June 2002   ⊛ Printed on recycled paper                    U S Government Printing Office  2003 496 605/60 029





Files available on nickresource.com

GD_Dgo_018

GD_Dgo_017
(Riding on the water poses)
• Making a Splash!
• Riding the Waves!
¡Montando las olas!
• Jump on board!
• A Water Rescue!
¡Un rescate de agua!
• To the rescue!
¡Al rescate!

GD_Dgo_016

GD_Dgo_015
(Diving poses)
• Dive, dive!
¡Bucea, bucea!
• Undersea Rescue!
¡Rescate bajo el mar!
• Swim like a turtle!
¡Nada como una tortuga!

GD_Grp_010
• Look who popped up!
• Ready for an Animal Rescue?
• There you are!
¡Allí estás!

GD_Dgo_014
• Crawl, Crawl!
¡Gatea, Gatea!
• A Beach Rescue!
¡Un Rescate de la Playa!

GD_Pm_012

GD_Pm_011

GD_Grp_012
(Diego with Tuga poses)
• Save the Sea Turtle!
• Catch a ride!
• Swim, swim!
¡Nada, nada!
• Let's swim!
¡Vamos a nadar!
• Operation: Turtle Rescue!
• Beach buddies!
¡Amigos de playa!
• My turtle friend!
¡Mi amiga, la tortuga!
• Hola, Tuga!
• ¡Misión cumplida! Turtle rescue complete!

GD_Grp_011

GD_Tuga_003

Films available on nickjr.com.



**GD_Grp_014**
- What a team!
¡Qué equipo!
- Excellent rescue!
¡Rescate excelente!
- Animal Rescuers!
¡Rescatadores de Animales!
- Hola, Baby Jaguar!
- Animal Rescue Friends
Amigos Rescatadores de Animales

**GD_Grp_013**
- Leap into action!
¡Brinca a la acción!
- Jump into adventure!
¡Salta a la aventura!
- Back to the Time of the Dinosaurs!
- Blast from the Past!
- Animal Adventurers Away!
- To the rescue!
¡Al rescate!

**GD_Dgo_021**
- I've got your back!
- Diego's BIGGEST rescue yet!
- Diego's Great Dinosaur Rescue
- Prehistoric Pals
Amigos Prehistóricos
- Ready to explore dinosaurs!
¡Listos para explorar dinosaurios!
- Hola, dinosaur! Hi, dinosaur!

**GD_Dgo_020**
- A baby dinosaur!
¡Un bebé dinosaurio!
- Let's help the baby dinosaur!
¡Ayudemos al bebé dinosaurio!
- You're the oldest baby I've ever seen!
- Baby dinosaurs hatch from eggs!
- Hola, little dinosaur!
- Prehistoric Pals
Amigos Prehistóricos

**GD_Dgo_019**
- What dinosaur made this track?
- Diego's Great Dinosaur Rescue
- On the right track...
- Dinosaur Tracks!
¡Huellas de Dinosaurios!
- One giant step into adventure!
¡Un paso gigante a la aventura!
- Maiasauras have 3 toes!

**GD_Grp_015**
- Stomp like a dinosaur!
¡Pisa como un dinosaurio!
- Stomp, stomp, stomp!
¡Pisa, pisa, pisa!
- Meet Maia the Maiasaura!
- A blast from the past!
- Diego's Great Dinosaur Rescue
- One BIG Rescue Adventure ...
- Ride into Adventure!
¡Monta hacia la aventura!
- Roar like a Dinosaur!
¡Ruge como un dinosaurio!



GD_Prn_014



GD_Prn_013



## Gomorrah

**ABCDEFGHIJKLMNOPQRSTUVWXYZ**
**abcdefghijklmnopqrstuvwxyz**
**1234567890**

www.chank.com

## FLYERFONTS—HARDCORE

**ABCDEFGHIJKLMNOPQRSTUVWXYZ**
**1234567890**

www.houseindustries.com

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGIS

**VA 1-041-966**

EFFECTIVE DATE OF REGISTRATION

04    19    2000
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
THE WILD THORNBERRYS - Style Guide

**NATURE OF THIS WORK ▼** See Instructions
Media Kit (book of artwork and CD-ROM)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**
Viacom International Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☑ 2-Dimensional artwork    ☐ Photograph    ☑ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
1999 ◄ Year
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month September    Day ▶    Year ▶ 1999
Nation U.S.A.

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Viacom International Inc.
1515 Broadway
New York, New York 10036

See Instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
APR 19 2000
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 19 2000
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY  *JLY* | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Pre-existing artwork of characters.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork and text.

**6**

a  See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                **Account Number** ▼

MTV Networks                         83941

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. **Name/Address/Apt/City/State/ZIP** ▼

Viacom International Inc.                Attn: Daniel Chung, Esq.
1515 Broadway                          34th Floor
New York, New York 10036

Area code and daytime telephone number ▶ (212 ) 846-4649        Fax number ▶ (212 )846-1762

Email ▶

**7**

a

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Viacom International Inc.
               *Name of author or other copyright claimant, or owner of exclusive right(s)* ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Daniel Chung, Esq.                                        Date ▶ 4/17/2000

Handwritten signature (X) ▼

X  *Daniel Chung*

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼<br>Viacom International Inc.        Attn: Daniel Chung, Esq. |
|---|---|
| | **Number/Street/Apt** ▼<br>1515 Broadway        34th Floor |
| | **City/State/ZIP** ▼<br>New York, New York 10036 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

*As of July 1, 1999, the filing fee for Form VA is $30.*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—160,000
WEB REV: June 1999        ♻ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# CERTIFICATE OF REGISTRATION





**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-019-594**

EFFECTIVE DATE OF REGISTRATION

*Marybeth Peters* — 4 — 19 — 00
Month — Day — Year

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

OFFICIAL SEAL — DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

---

**1** **TITLE OF THIS WORK ▼**
RUGRATS - Hookbook Fall/Winter 2000

**NATURE OF THIS WORK ▼** See Instructions
Book

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a** **NAME OF AUTHOR ▼**
Viacom International Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes    ☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☒ No
Pseudonymous?    ☐ Yes    ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes    ☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
1999 ◀ Year    This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ September    Day ▶ 30    Year ▶ 1999
U.S.A. ◀ Nation

---

**4**

See Instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Viacom International Inc.
1515 Broadway
New York, New York 10036

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE OFFICE USE ONLY

**APPLICATION RECEIVED**
APR 19 2000    JUL 18 2000
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
APR 19 2000

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| ☒ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Preexisting artwork of characters based on the RUGRATS television series.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

New artwork

**6**

a  See instructions before completing this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                          **Account Number** ▼

MTV Networks                       83941

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

Viacom International Inc.              Attn: Daniel Chung, Esq.
1515 Broadway                         34th Floor
New York, New York 10036

Area code and daytime telephone number ▶ ( 212 ) 846-4649        Fax number ▶ ( 212 ) 846-1762

Email ▶

b

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of **Viacom International Inc.**
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Daniel Chung, Esq.                                    Date ▶ 4/18/00

Handwritten signature (X) ▼

X ____Daniel Chung____

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Viacom International Inc.          Attn: Daniel Chung. Esq. |
| | **Number/Street/Apt** ▼ 1515 Broadway          34th Floor |
| | **City/State/ZIP** ▼ New York, New York 10036 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000        ⟳ PRINTED ON RECYCLED PAPER        ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 1-239-973

EFFECTIVE DATE OF REGISTRATION

SEP 08 2003
Month        Day        Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼

The Adventures of Jimmy Neutron Boy Genius - Fall 2003 Apparel Guide

NATURE OF THIS WORK ▼ See Instructions

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give     Volume ▼          Number ▼               Issue Date ▼              On Pages ▼

---

**2**

**a**     NAME OF AUTHOR ▼

Viacom International Inc

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
       Domiciled in  USA

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture       ☐ Map              ☐ Technical drawing
☑ 2 Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   Jewelry design     ☐ Architectural work

**b**     Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
       Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture       ☐ Map              ☐ Technical drawing
☐ 2 Dimensional artwork         ☐ Photograph       ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**3**

**a**     Year in Which Creation of This Work Was
Completed   2002
            Year  in all cases

**b**     Date and Nation of First Publication of This Particular Work
This information must be given ONLY if this work has been published.
Month December   Day 1   Year 2002
Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Viacom International Inc    Attention  Frederick A. Morton, Jr
1515 Broadway, 34th Floor
New York, NY 10036

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
MAR 15 2004
ONE DEPOSIT RECEIVED
SEP 08 2003
TWO DEPOSITS RECEIVED
SEP 08 2003
FUNDS RECEIVED

See instructions before completing this space.

---

MORE ON BACK ▶     Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                   See detailed instructions.        Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY _____   FORM VA

CHECKED BY _____

☒ CORRESPONDENCE
    ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**
a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
MTV Networks                              83941

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
Viacom International Inc    Attention  Frederick A. Morton, Jr
1515 Broadway, 34th Floor
New York, NY 10036

**b**

Area code and daytime telephone number  (212) 846-6359        Fax number  (212) 846 1761
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                    ☐ author
                                     check only one ▶ ☐ other copyright claimant
                                                    ☐ owner of exclusive right(s)
                                                    ☒ authorized agent of  Viacom International Inc
                                                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Frederick A. Morton, Jr , Senior Vice President and Deputy General Counsel        Date  August 26, 2003

        Handwritten signature (X) ▼
        x _____

**Certificate**
**will be**
**mailed in**
**window**
**envelope**
**to this**
**address**

Name ▼
Viacom International Inc    Attention  Frederick A. Morton, Jr
Number/Street/Apt ▼
1515 Broadway, 34th Floor
City/State/ZIP ▼
New York, NY 10036

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev June 2003—20,000    Web Rev June 2002    ⊕ Printed on recycled paper                    U.S. Government Printing Office 2000-461 113/20 021

# EXHIBIT B

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Dora the Explorer | (Mighty Mouse) greeting card. No. 10CN956. By aNorcross, Inc. | Registered | RE-331-441 | 2/6/1987 |
| Dora the Explorer | Boots. | Registered | TX-5-744-515 | 5/1/2003 |
| Dora the Explorer | Boots's backpack book. | Registered | TX-5-926-107 | 12/12/2002 |
| Dora the Explorer | DORA THE EXPLORER – Animal Adventures | Registered | PA 1-376-065 | 4/20/2007 |
| Dora the Explorer | DORA THE EXPLORER Episode- Choo Choo | Registered | PA 1-001-488 | 9/14/2000 |
| Dora the Explorer | DORA THE EXPLORER Episode - The Big Red Chicken | Registered | PA 1-001-485 | 9/14/2000 |
| Dora the Explorer | DORA THE EXPLORER Episode #121 - "El Coqui" | Registered | PA 1-038-730 | 5/15/2001 |
| Dora the Explorer | DORA THE EXPLORER Episode #122 - "The Chocolate Tree" | Registered | PA 1-038-734 | 5/15/2001 |
| Dora the Explorer | DORA THE EXPLORER Episode #125 - "To the Treehouse" | Registered | PA 1-038-733 | 5/15/2001 |
| Dora the Explorer | DORA THE EXPLORER Home Video – Dance to The Rescue | Registered | PA1-313-139 | 11/18/2005 |
| Dora the Explorer | DORA THE EXPLORER Home Video – Dora! Halloween | Registered | PA1-236-319 | |
| Dora the Explorer | DORA THE EXPLORER Home Video – Dora! Pirate Adventure | Registered | PA1-236-128 | 8/16/2004 |
| Dora the Explorer | DORA THE EXPLORER Home Video – Egg Hunt | Registered | PA1-236-125 | |
| Dora the Explorer | DORA THE EXPLORER Home Video – It's a Party | Registered | PA1-294-126 | |
| Dora the Explorer | DORA THE EXPLORER Home Video – Meet Diego | Registered | PA1-236-123 | |
| Dora the Explorer | DORA THE EXPLORER Home Video – Super Babies | Registered | PA1-278-925 | 8/26/2005 |
| Dora the Explorer | DORA THE EXPLORER Home Video – Super Silly Fiesta! | Registered | PA1-236-377 | 8/16/2004 |
| Dora the Explorer | DORA THE EXPLORER Home Video – Swing Into Action | Registered | PA 1-047-244 | 6/15/2001 |
| Dora the Explorer | DORA THE EXPLORER Home Video – Wish On A Star | Registered | PA 1-047-243 | 6/15/2001 |
| Dora the Explorer | DORA THE EXPLORER - Musical School Days | Registered | PA 1-379-864 | 6/1/2007 |
| Dora the Explorer | DORA THE EXPLORER – Shy Rainbow | Registered | PA 1-376-122 | 4/20/2007 |
| Dora the Explorer | DORA THE EXPLORER – We're a Team! | Registered | PA 1-379-863 | 6/1/2007 |
| Dora the Explorer | DORA THE EXPLORER - World Adventure! | Registered | PA 1-379-862 | 6/1/2007 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Dora the Explorer | Dora the Explorer - Back to School Fall 2006 | Registered | VAu720-300 | 11/17/2005 |
| Dora the Explorer | Dora the Explorer - Character Art | Registered | VAU664-553 | 4/4/2005 |
| Dora the Explorer | Dora the Explorer - Character Art 2006 | Registered | VAu664-551 | 4/4/2005 |
| Dora the Explorer | Dora the Explorer - Dora's Pirate Adventure Character Art | Registered | VAu632-980 | 8/16/2004 |
| Dora the Explorer | Dora the Explorer - Dora's World Adventure! Styleguide (2006) | Registered | VAU693-890 | 11/17/2005 |
| Dora the Explorer | Dora the Explorer - Fall 2001 Styleguide | Registered | VAu509-660 | 2/23/2001 |
| Dora the Explorer | Dora the Explorer - Fall 2003 Styleguide | Registered | VA1-239-970 | |
| Dora the Explorer | Dora the Explorer - Spring 2003 Styleguide | Registered | VA1-239-974 | |
| Dora the Explorer | Dora the Explorer - Spring 2005 Apparel Guide | Registered | VAu619-635 | |
| Dora the Explorer | Dora the Explorer - Winter Adventures - Fall 2007/Character Art | Registered | VAu735-240 | 3/12/2004 |
| Go, Diego! Go! | GO DIEGO GO! Diego In Action! Spring 2008 - Character Art | Registered | VAu743-729 | 3/26/2007 |
| Go, Diego! Go! | GO DIEGO GO! Diego Saves Christmas | Registered | PA 1-366-227 | 1/16/2007 |
| Go, Diego! Go! | GO DIEGO GO! The Great Jaguar Rescue DVD | Registered | PA 1-378-886 | 2/14/2007 |
| Go, Diego! Go! | Go Diego Go! - Go Diego Go! Launch Kit | Registered | VAU-674-458 | 6/10/2005 |
| Go, Diego! Go! | Go Diego Go! - Spring 2007 | Registered | VAU669-654 | 3/1/2006 |
| Go, Diego! Go! | Go Diego Go! - Styleguide | Registered | VAU668-667 | 9/23/2005 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Home Video - Fear of a Krabby Patty | Registered | PA1-278-924 | 8/26/2005 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS - Season 4 Volume 2 | Registered | PA 1-383-875 | 2/14/2007 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| SquarePants SpongeBob | Blower/Tea at the Treedome | Registered | PA 988-564 | 6/19/2000 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #002 - Bubblestand/Ripped Pants | Registered | PA 988-564 | 6/19/2000 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #003 - Jellyfishing/Plankton | Registered | PA 988-566 | 6/9/2000 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #004 - Naughty Nautical Neighbor / Boating School | Registered | PA 1-026-760 | 11/21/2000 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #005- Home Sweet Pinapple/Pizza Delivery | Registered | PA 1-026-770 | 11/21/2000 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #006 - Mermaidman and Barnacleboy/Pickles | Registered | PA 1-026-771 | 11/17/2000 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #007 - Hall Monitor/Jellyfish Jam | Registered | PA 1-026-759 | 11/17/2000 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #008 - Sandy's Rocket/Squeaky Boots | Registered | PA 1-026-761 | 11/17/2000 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #009 - Nature Pants/Opposite Day | Registered | PA 1-026-762 | 11/17/2000 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #010 - Culture Shock/F.U.N. | Registered | PA 1-026-764 | 11/17/2000 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #80 | Registered | PAu3-095-165 | 2/2/2007 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #81 | Registered | PAu3-095-163 | 2/2/2007 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #82 | Registered | PAu3-095-161 | 2/2/2007 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #83 | Registered | PAu3-095-167 | 2/2/2007 |
| SquarePants SpongeBob | SPONGEBOB SQUAREPANTS Episode #84 | Registered | PAu3-098-859 | 2/2/2007 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #85 | Registered | PAu3-095-166 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #86 | Registered | PAu3-098-858 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #87 | Registered | PAu3-095-162 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #88 | Registered | PAu3-095-170 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #89 | Registered | PAu3-098-929 | 3/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Eps. 90 | Registered | PAu3-116-242 | 3/26/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Friend or Foe? | Registered | PA 1-379-865 | 6/1/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Season 4 Volume 1 | Registered | PA 1-370-857 | 1/16/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Karate Island | Registered | PA 1-344-545 | 11/13/2006 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS THE COMPLETE 3RD SEASON | Registered | PA1-322-752 | 11/23/2005 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Whale of a Birthday | Registered | PA 1-344-546 | 11/13/2006 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| SpongeBob SquarePants | Spongebob Squarepants - 2002 Fall/Winter Apparel Guide | Registered | VA 1-239-967 | |
| SpongeBob SquarePants | Spongebob Squarepants - 2002 Holiday Apparel Guide | Registered | VA 1-239-971 | |
| SpongeBob SquarePants | Spongebob Squarepants - 2003 Spring Apparel Guide | Registered | VA 1-239-968 | |
| SpongeBob SquarePants | Spongebob Squarepants - 2005 Character Art | Registered | VAu664-552 | 4/4/2005 |
| SpongeBob SquarePants | Spongebob Squarepants - A Hero will rise styleguide '04 | Registered | Vau-618-865 | |
| SpongeBob SquarePants | Spongebob Squarepants - Absorbing Favorites 2007 | Registered | VAU669-651 | 3/1/2006 |
| SpongeBob SquarePants | Spongebob Squarepants - Art Supplement Spring 2001 - Styleguide | Registered | VA 1-050-199 | |
| SpongeBob SquarePants | Spongebob Squarepants - Beyond Bikini Bottom | Registered | VA1-331-594* New#VAU692-350 (Discard Other) | |
| SpongeBob SquarePants | Spongebob Squarepants - Fall 2007 Apparel Guide/Styleguide | Registered | VAu735-237 | |
| SpongeBob SquarePants | Spongebob Squarepants - Hookbook Spring 2001 - Styleguide | Registered | VA 1-042-135 | |
| SpongeBob SquarePants | Spongebob Squarepants - Lost in Time Art Supplement 2005 | Registered | VAU-693-392 | 1/4/2006 |
| SpongeBob SquarePants | Spongebob Squarepants - SB Fall 2006 Apparel Guide | Registered | VAU671-322 | 11/5/2006 |
| SpongeBob SquarePants | Spongebob Squarepants - Soaking Up the Laughs '04 | Registered | VAu622-897 | |
| SpongeBob SquarePants | Spongebob Squarepants - Spongebob B-Movie Poster Program & 2005 ( | Registered | VAU683-688 | 4/7/2005 |
| SpongeBob SquarePants | Spongebob Squarepants - Spongebob Guide for Grown Up Apparel | Registered | VAu619-976 | |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| SpongeBob SquarePants | Spongebob Squarepants - Spongebob Show Jokes Guide Part 2 | Registered | VAU686-837 | 9/23/2005 |
| SpongeBob SquarePants | Spongebob Squarepants - Spring '05 Apparel Guide | Registered | Vau619-636 | |
| SpongeBob SquarePants | Spongebob Squarepants - Spring 2007 Apparel Guide | Registered | VAU-669-652 | |
| SpongeBob SquarePants | Spongebob Squarepants - Spring 2008 Guide/Character Art | Registered | VAu735-241 | 3/1/2006 |
| The Wild Thornberrys | THE WILD THORNBERRYS Home Video - A Thornberry Christmas | Registered | PA 1-029-910 | |
| The Wild Thornberrys | WILD THORNBERRYS, THE Episode #016 - The Great Bangaboo | Registered | PA 1-008-128 | 3/20/2001 |
| The Wild Thornberrys | WILD THORNBERRYS, THE Episode #001 - Iron Curtain | Registered | PA 1-008-126 | 6/8/2000 |
| The Wild Thornberrys | WILD THORNBERRYS, THE Episode #011 - Eliza-cology | Registered | PA 1-008-127 | 6/8/2000 |
| The Wild Thornberrys | WILD THORNBERRYS, THE Episode #014 - Nigel Knows Best" | Registered | PA 1-008-129 | 6/27/2000 |
| The Wild Thornberrys | Wild Thornberrys - Styleguide (Media Kit - artwork & CD-Rom) | Registered | VA 1-041-966 | 6/12/2000 |
| | | | | 4/19/2000 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Rugrats | RUGRATS Episode - A Baby's Gotta Do What A Baby's Gotta Do (Vol.2) | Registered | PA 675-617 | 11/26/1993 |
| Rugrats | RUGRATS Episode - Angelica The Divine | Registered | PA 715-339 | 6/16/1994 |
| Rugrats | RUGRATS Episode - Chuckie The Brave | Registered | PA 715-338 | 6/16/1994 |
| Rugrats | RUGRATS Episode - Tales From The Crib Volume 1 | Registered | PA 675-611 | 11/26/1993 |
| Rugrats | RUGRATS Episode #1 - Tommy's First Birthday | Registered | PA 944-730 | 7/13/1999 |
| Rugrats | RUGRATS Episode #2 - Barbeque Story | Registered | PA 944-732 | 7/13/1999 |
| Rugrats | RUGRATS Episode #3 - At The Movies | Registered | PA 944-729 | 7/13/1999 |
| Rugrats | RUGRATS Episode #4 - Baby Commercial | Registered | PA 944-734 | 7/13/1999 |
| Rugrats | RUGRATS Episode #5 - Beauty Contest | Registered | PA 944-733 | 7/13/1999 |
| Rugrats | RUGRATS Home Video - Angelica Knows Best | Registered | PA 905-418 | 8/25/1998 |
| Rugrats | RUGRATS Home Video - Chuckie the Brave | Registered | PA 902-275 | 8/11/1998 |
| Rugrats | RUGRATS Home Video - Grandpa's Favorite Stories | Registered | PA 967-257 | 12/15/1999 |
| Rugrats | RUGRATS Home Video - I Think I Like You | Registered | PA 989-703 | 5/15/2000 |
| Rugrats | RUGRATS Home Video - Make Room for Dil | Registered | PA 987-051 | 3/23/2000 |
| Rugrats | RUGRATS Home Video - Phil and Lil Double Trouble | Registered | PA 916-093 | 8/11/1998 |
| Rugrats | RUGRATS Home Video - Return of Reptar | Registered | PA 891-515 | 6/15/1998 |
| Rugrats | RUGRATS Home Video - Runaway Reptar | Registered | PA 987-050 | 3/23/2000 |
| Rugrats | RUGRATS Home Video - Tales From The Crib | Registered | PA 967-258 | 12/15/1999 |
| Rugrats | RUGRATS Homevideo - Tales from The Crib – Snow White | Registered | PA-004-962 | 11/18/2005 |
| Rugrats | RUGRATS Pilot Episode | Registered | PAu 2-299-518 | 6/17/1998 |
| Rugrats | The Rugrats Movie - Styleguide | Registered | Vau432-968 | |
| Rugrats | Totally Angelica - Rugrats Apparel Style Guide | Registered | VA 1-019-595 | |
| Rugrats | Rugrats - Hookbook Fall/Winter 2000 Apparel Style Guide | Registered | VA 1-019-594 | |
| Rugrats | Rugrats - Hookbook Spring Forward 2000 Apparel Style Guide | Registered | VA 1-019-593 | |
| Rugrats | Rugrats - Major League Baseball Art - Press Art | Registered | VA 1-037-236 | |
| Rugrats | Rugrats - Styleguide | Registered | VAu281-067 | |
| Rugrats | Rugrats - Styleguide | Registered | VA 921-52 | |
| Rugrats | Rugrats - Styleguide | Registered | VA 921-52 | |
| Rugrats | Rugrats Comic Adventures - Volume #1, Issue #7 | Registered | TX 5-385-857 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 1 | Registered | TX 5-404-943 | 7/24/2001 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 10 | Registered | TX 5-385-852 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 2 | Registered | TX 5-385-853 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 3 | Registered | TX 5- 385-856 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 4 | Registered | TX 5-385-854 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 5 | Registered | TX 5-385-855 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 6 | Registered | TX 5-385-861 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 8 | Registered | TX 5-385-859 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 9 | Registered | TX 5-385-858 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 1 | Registered | TX 5-268-828 | 4/30/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 10 | Registered | TX 5-269-782 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 2 | Registered | TX 5-303-075 | 4/30/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 3 | Registered | TX 5-268-826 | 4/30/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 4 | Registered | TX 5-268-827 | 4/30/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 5 | Registered | TX 5-269-036 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 6 | Registered | TX 5-269-038 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 7 | Registered | TX 5-324-982 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 8 | Registered | TX 5-325-336 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 9 | Registered | TX 5-269-037 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #1 | Registered | TX 5-172-604 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #2 | Registered | TX 5-181-674 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #3 | Registered | TX 5-181-675 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #4 | Registered | TX 5-181-676 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #5 | Registered | TX 5-165-450 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #6 | Registered | TX 5-172-603 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #7 | Registered | TX 5-181-677 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #8 | Registered | TX 5-164-693 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #9 | Registered | TX 5-172-605 | 9/20/2000 |
| Rugrats | Rugrats Fall 1999 Apparel Style Guide | Registered | VA 990-494 | 6/25/1999 |
| Rugrats | Rugrats Fall/Winter 2000 Apparel Guide Supplement (Styleguide) | Registered | VA 1-035-731 | 4/19/2000 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Rugrats | Rugrats Holiday 1999 Apparel Style Guide | Registered | VA 990-996 | 6/25/1999 |
| Rugrats | Rugrats in Paris - Press Art | Registered | VA 1-006-972 | 4/19/2000 |
| Rugrats | Rugrats in Paris - The Movie Apparel Guide 2000 (Styleguide) | Registered | VA 1-050-200 | 4/19/2000 |
| Rugrats | Rugrats Packaging Guidelines | Registered | VA 518-569 | 2/21/2001 |
| Rugrats | Rugrats Spring 2000 Apparel Style Guide | Registered | VA 990-495 | 6/25/1999 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Carl) | Registered | VA 1-111-864 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Cindy) | Registered | VA 1-111-863 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Goddard) | Registered | VA 1-111-868 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Hugh Neutron) | Registered | VA 1-111-866 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Jimmy Neutron) | Registered | VA 1-111-867 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Judy Neutron) | Registered | VA 1-111-861 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Libby) | Registered | VA 1-111-862 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Nick) | Registered | VA 1-111-860 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Sheen) | Registered | VA 1-111-865 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius - Promotions Marketing Creative Guidelin | Registered | VA 1-105-043 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius - Packaging Guidelines | Registered | VA 1-110-980 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius - Holiday 2002 Supplem | Registered | VA 1-239-972 | 9/9/2003 |
| Jimmy Neutron | The Adventures of Jimmy Neutron Boy Genius | Registered | VA 1-239-972 | 9/9/2003 |
| Jimmy Neutron | The Adventures of Jimmy Neutron Boy Genius - Fall 2003 Apparel Guid | Registered | VA 1-239-973 | 9/9/2003 |