# EXHIBIT N

Document1






   

Oct 12 07 10:05a                                                                                      p.1
                                                                                                 Page 1 of 1



**DAYTIME ENTERPRISES**
L   I   M   I   T   E   D

Hi Laura:

Here is the 2 page fax that was received.

Lori

Laura —

2 pages (incl. cover)

Lori

October 12, 2007 AOL: DAY ENT 1

2501 Steeles Ave. W., Suite 200, North York, Ontario M3J 2P1 Tel: (905) 850-1848 Fax: (905) 850-3032
www.daytimeenterprises.com