# EXHIBIT P

LAWYERS

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA 98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY 10036

July 14, 2007
Invoice No. 5611522

## JULY INVOICE FOR
## STATEMENT OF
## SERVICES AND DISBURSEMENTS

Period Covered Through: Jun 30, 2007

| Re: | Case Name: | 0038015-000104 |
| | Client: | MTV NETWORKS/NEW C.O.C./SEE NARRATIVE |
| | Matter: | Special Productions |

| **Date** | **Professional** | **ABA Code** | **Time** | **Amount** | **Description of Services** |
|---|---|---|---|---|---|
| 06/12/07 | M. Paul | L120 | 0.10 | 49.73 | Emails to and from S. Kauffman |
| 06/20/07 | M. Paul | L120 | 0.40 | 198.90 | Emails to and from S. Kaufman; interoffice conference with C. Robinson regarding complaint |
| 06/21/07 | M. Paul | L210 | 0.80 | 397.80 | Interoffice conferences with C. Robinson; telephone conference with S. Kauffman and C. Robinson; review materials regarding Ray Grimand |
| 06/21/07 | C. Robinson | L210 | 5.20 | 1,547.00 | Research on Ray Grimand for complaint; email to M. Paul regarding same; conference call with M. Paul and S. Kauffman regarding complaint; begin drafting complaint. |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS



MTV Networks
Invoice No. 5611522
Page No. 2

| Date | Professional | ABA Code | Time | Amount | Description of Services |
|---|---|---|---|---|---|
| 06/22/07 | C. Robinson | L210 | 3.30 | 981.75 | Drafting complaint |
| 06/25/07 | C. Robinson | L210 | 8.40 | 2,499.00 | Drafting complaint |
| 06/26/07 | M. Paul | L210 | 2.00 | 994.50 | Revise draft complaint |
| 06/26/07 | C. Robinson | L210 | 5.40 | 1,606.50 | Finalize first draft of complaint; forward to M. Paul with cover email; research on elements of tortious interference |
| 06/27/07 | M. Paul | L210 | 1.00 | 497.25 | Interoffice conferences with C. Robinson regarding revisions to draft complaint; further revisions to complaint; review Boyd and Davids emails; emails to and from S. Kauffman |
| 06/27/07 | C. Robinson | L210 | 8.20 | 2,439.50 | Conference with M, Paul regarding edits to complaint; research Mass and Florida unfair competition statutes and elements thereof; multiple edits to complaint; add contributory infringement counts |
| 06/28/07 | M. Paul | L210 | 1.80 | 895.05 | Interoffice conferences with C. Robinson; revise draft complaint |
| 06/28/07 | C. Robinson | L210 | 5.20 | 1,547.00 | Multiple edits to complaint; research on contributory infringement TM and copyright; revise fact section; add state law claims. |
| 06/29/07 | M. Paul | L210 | 1.00 | 497.25 | Review Arthur case; revise draft complaint; interoffice conference with C. Robinson; emails to and from S. Kauffman |
| 06/29/07 | C. Robinson | L210 | 3.20 | 952.00 | Further edits to complaint per M. Paul; work on damages under dilution statues, NY and Mass unfair competition; edits to copyright claims for relief; case research on contributory infringement |
| | Total Services | | 46.00 | $10,000.00 | |

LAWYERS



MTV Networks
Invoice No. 5611522
Page No. 3

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $17,768.51 |
| Less Agreed Discount | ($2,665.28) |
| Adjusted Current Services | $10,000.00 |
| Total Current Disbursements | $0.00 |

---

| | | |
|---|---|---|
| Per discount agreement, if paid within 45 days: | Total Current Invoice | $10,000.00 |
| Per discount agreement, if not paid within 45 days: | Total Current Invoice | $17,768.51 |

## SUMMARY BY TASK

| Task/Professional | Hours | Rate | Total |
|---|---|---|---|
| **L120 - Analysis/Strategy** | | | |
| Partner | | | |
| M. Paul | 0.50 | 497.25 | 248.63 |
| Class Total | 0.50 | | 248.63 |
| Task Total | 0.50 | | 248.63 |
| | | | |
| **L210 - Pleadings** | | | |
| Partner | | | |
| M. Paul | 6.60 | 497.25 | 3,281.85 |
| Class Total | 6.60 | | 3,281.85 |
| Associate | | | |
| C. Robinson | 38.90 | 297.50 | 11,572.75 |
| Class Total | 38.90 | | 11,572.75 |
| Task Total | 45.50 | | 14,854.60 |
| Less Courtesy Discount | | | ($5,103.23) |
| | | | |
| Grand Total | 46.00 | | $10,000.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $18,519.81 |
| Current Invoice | $10,000.00 |

MTV Networks
Invoice No. 5611522
Page No. 4

Total Balance Due This Matter                                          $28,519.81

Marcia Paul

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA 98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

Matter No.      0038015-000104
                Special Productions

July 14, 2007
Invoice No. 5611522

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

STATEMENT OF ACCOUNT
as of Jun 30, 2007

Current Invoice - 5611522              $10,000.00

Total Balance Due This Matter          $28,519.81

PLEASE REMIT WITH PAYMENT





LAWYERS

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA  98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

August 13, 2007
Invoice No. 5618196
**SENT ELECTRONICALLY**

---

AUGUST INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

# ELECTRONIC BILLING  - DO NOT MAIL
# FOR FILING PURPOSES ONLY

Period Covered Through:  Jul 31, 2007

Re:   Case Name:      0038015-000104
      Client:         MTV NETWORKS/NEW C.O.C./SEE NARRATIVE
      Matter:         Special Productions
                      NY2007017947

| Date | Professional | ABA Code | Time | Amount | Description of Services |
|------|-------------|----------|------|--------|-------------------------|
| 07/25/07 | C. Robinson | L210 | 0.10 | 31.03 | Email to S. Kauffman regarding complaint |
| 07/30/07 | M. Paul | L210 | 0.10 | 49.73 | Interoffice conference with C. Robinson regarding status of complaint |
| 07/30/07 | C. Robinson | L210 | 1.40 | 434.35 | Conference call with S. Kauffman concerning complaint; review email documents for same |
| | Total Services | | 1.60 | $515.11 | |

---

## DISBURSEMENT DETAIL

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

MTV Networks
Invoice No. 5618196
Page No. 2



| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Copying charges | | |
| ~~Ground transportation~~ - CHRISTOPHER J. ROBINSON - ~~taxi, 06/26/07~~ | | ~~9.00~~ |
| ~~Ground transportation~~ - CHRISTOPHER J. ROBINSON - ~~taxi, 06/27/07~~ | | ~~9.00~~ |
| Lexis-Nexis (billed at cost) computerized legal research 06/26/07 per C. Robinson | | 0.00 |
| Lexis-Nexis (billed at cost) computerized legal research 06/26/07 per C. Robinson | | 0.00 |
| Lexis-Nexis (billed at cost) computerized legal research 06/26/07 per C. Robinson | | 0.00 |
| Lexis-Nexis (billed at cost) computerized legal research 06/28/07 per C. Robinson | | 0.00 |
| Lexis-Nexis (billed at cost) computerized legal research 06/28/07 per C. Robinson | | 0.00 |
| Lexis-Nexis (billed at cost) computerized legal research 06/29/07 per C. Robinson | | 0.00 |
| Lexis-Nexis (billed at cost) computerized legal research 06/29/07 per C. Robinson | | 0.00 |
| ~~Outside delivery service~~ - FEDERAL EXPRESS ~~CORPORATION~~ - to Michael Davids, 05/23/07 per C. ~~Robinson~~ | | ~~16.10~~ |
| Total Current Disbursements | | $34.10 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | | |
|---|---|---|
| Total Current Services | $606.01 | |
| Less Agreed Discount | ($90.90) | |
| Adjusted Current Services | $515.11 | |
| Total Current Disbursements | $34.10 | |
| | ---------------- | |
| Per discount agreement, if paid within 45 days: | Total Current Invoice | $549.21 |
| Per discount agreement, if not paid within 45 days: | Total Current Invoice | $640.11 |

## SUMMARY BY TASK

| Task/Professional | Hours | Rate | Total |
|---|---|---|---|

LAWYERS

MTV Networks
Invoice No. 5618196
Page No. 3

**L210   -   Pleadings**

Partner

| | | | |
|---|---|---|---|
| M. Paul | 0.10 | 497.25 | 49.73 |
| Class Total | 0.10 | | 49.73 |

Associate

| | | | |
|---|---|---|---|
| C. Robinson | 1.50 | 310.25 | 465.38 |
| Class Total | 1.50 | | 465.38 |
| Task Total | 1.60 | | 515.11 |

| | | | |
|---|---|---|---|
| Grand Total | 1.60 | | $515.11 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $28,519.81 |
| Current Invoice | $549.21 |
| Total Balance Due This Matter | $29,069.02 |

Marcia Paul

# Davis Wright Tremaine LLP



AND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA 98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

Matter No.       0038015-000104
                 Special Productions

August 13, 2007
Invoice No. 5618196

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

STATEMENT OF ACCOUNT
as of Jul 31, 2007

Current Invoice - 5618196            $549.21

Total Balance Due This Matter        $29,069.02

PLEASE REMIT WITH PAYMENT







LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA  98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

September 27, 2007
Invoice No. 5631087
**SENT ELECTRONICALLY**

SEPTEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING  - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Period Covered Through:  Aug 31, 2007

Re:     Case Name:     0038015-000104
        Client:        MTV NETWORKS/NEW C.O.C./SEE NARRATIVE
        Matter:        Special Productions
                       NY2007017947

| <u>Date</u> | <u>Professional</u> | <u>ABA<br>Code</u> | <u>Time</u> | <u>Amount</u> | Description of Services |
|---|---|---|---|---|---|
| 08/03/07 | C. Robinson | L210 | 0.40 | 124.10 | Emails to Mr. Kauffman regarding materials required for complaint |
| 08/13/07 | C. Robinson | L210 | 0.80 | 248.20 | Conference call with Laura Kauffman regarding missing information for complaint; review emailed information from same; add to complaint |
| 08/14/07 | C. Robinson | L210 | 1.90 | 589.48 | Review complaint for missing information; extensive email to S. Kauffman requesting additional information |
| 08/18/07 | M. Paul | L170 | 0.10 | 49.73 | Review C. Robinson and S. Kauffman emails |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



MTV Networks
Invoice No. 5631087
Page No. 2

| Date | Professional | ABA Code | Time | Amount | Description of Services |
|------|-------------|----------|------|--------|------------------------|
| 08/20/07 | M. Paul | L210 | 0.30 | 149.18 | Interoffice conference with C. Robinson regarding finalizing and serving Complaint |
| 08/20/07 | C. Robinson | L210 | 0.20 | 62.05 | Email to S. Kauffman regarding expected information |
| | Total Services | | 3.70 | $1,222.74 | |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,438.52 |
| Less Agreed Discount | ($215.78) |
| Adjusted Current Services | $1,222.74 |
| Total Current Disbursements | $0.00 |

Per discount agreement, if paid within 45 days:  Total Current Invoice  $1,222.74

Per discount agreement, if not paid within 45 days:  Total Current Invoice  $1,438.52

## SUMMARY BY TASK

| Task/Professional | Hours | Rate | Total |
|-------------------|-------|------|-------|
| **L170 - Client Communications** | | | |
| Partner | | | |
| M. Paul | 0.10 | 497.25 | 49.73 |
| Class Total | 0.10 | | 49.73 |
| Task Total | 0.10 | | 49.73 |
| **L210 - Pleadings** | | | |
| Partner | | | |
| M. Paul | 0.30 | 497.25 | 149.18 |
| Class Total | 0.30 | | 149.18 |
| Associate | | | |
| C. Robinson | 3.30 | 310.25 | 1,023.83 |

LAWYERS

**Dt**
**w t**

MTV Networks
Invoice No. 5631087
Page No. 3

|  | | |
|---|---|---|
| Class Total | 3.30 | 1,023.83 |
| Task Total | 3.60 | 1,173.01 |
|  | ---------- | -------------- |
| Grand Total | 3.70 | $1,222.74 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $29,069.02 |
| Less Payments Received as of 09/17/07 - VIACOM - CHECK #20471 | ($19,069.02) |
| Current Invoice | $1,222.74 |
| Total Balance Due This Matter | $11,222.74 |

Marcia Paul

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

SUITE 2200                                    TEL (206) 622-3150
1201 THIRD AVENUE                             FAX (206) 757-7700
SEATTLE, WA  98101-3045                        www.dwt.com
                                              FEDERAL ID #91-0839480

Matter No.      0038015-000104                    September 27, 2007
                Special Productions               Invoice No. 5631087

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

### STATEMENT OF ACCOUNT
### as of Aug 31, 2007

Current Invoice - 5631087              $1,222.74

Total Balance Due This Matter          $11,222.74

PLEASE REMIT WITH PAYMENT





LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA  98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

October 17, 2007
Invoice No. 5636961
**SENT ELECTRONICALLY**

OCTOBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

# ELECTRONIC BILLING  - DO NOT MAIL
# FOR FILING PURPOSES ONLY

Period Covered Through:  Sep 30, 2007

Re:   Case Name:     0038015-000104
      Client:        MTV NETWORKS/NEW C.O.C./SEE NARRATIVE
      Matter:        Special Productions

| **Date** | **Professional** | **ABA Code** | **Time** | **Amount** | **Description of Services** |
|---|---|---|---|---|---|
| 09/20/07 | C. Robinson | L210 | 0.70 | 217.18 | Review additional copyright and trademark materials for brief |
| 09/24/07 | M. Paul | L190 | 0.10 | 49.73 | Conference with C. Robinson regarding status |
| 09/28/07 | C. Robinson | L210 | 3.20 | 992.80 | Update complaint with information from S. Kauffman; compile exhibits; update TM regulations for exhibits; print copyright representations for exhibits |
| | Total Services | | 4.00 | $1,259.71 | |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS



MTV Networks
Invoice No. 5636961
Page No. 2

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---:|
| Total Current Services | $1,482.01 |
| Less Agreed Discount | ($222.30) |
| Adjusted Current Services | $1,259.71 |
| Total Current Disbursements | $0.00 |

----------------

| | | |
|---|---|---:|
| Per discount agreement, if paid within 45 days: | Total Current Invoice | $1,259.71 |
| Per discount agreement, if not paid within 45 days: | Total Current Invoice | $1,482.01 |

## SUMMARY BY TASK

| Task/Professional | Hours | Rate | Total |
|---|---|---|---|
| **L190   -   Other Case Assessment, Development, Admin** | | | |
| Partner | | | |
| M. Paul | 0.10 | 497.25 | 49.73 |
| Class Total | 0.10 | | 49.73 |
| Task Total | 0.10 | | 49.73 |
| | | | |
| **L210   -   Pleadings** | | | |
| Associate | | | |
| C. Robinson | 3.90 | 310.25 | 1,209.98 |
| Class Total | 3.90 | | 1,209.98 |
| Task Total | 3.90 | | 1,209.98 |
| Grand Total | 4.00 | | $1,259.71 |

## STATEMENT OF ACCOUNT

| | |
|---|---:|
| Balance from Previous Statement | $11,222.74 |
| Less Payments Received as of 10/01/07 - VIACOM - CHECK #22564 | ($10,000.00) |
| Current Invoice | $1,259.71 |
| Total Balance Due This Matter | $2,482.45 |

Marcia Paul

PLEASE REMIT WITH PAYMENT

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D C

SUITE 2200                      TEL (206) 622-3150
1201 THIRD AVENUE               FAX (206) 757-7700
SEATTLE, WA  98101-3045         www.dwt.com
                                FEDERAL ID #91-0839480

| | |
|---|---|
| Matter No.    0038015-000104 | October 17, 2007 |
|            Special Productions | Invoice No. 5636961 |

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

STATEMENT OF ACCOUNT
as of Sep 30, 2007

| | |
|---|---|
| Current Invoice - 5636961 | $1,259.71 |
| Total Balance Due This Matter | $2,482.45 |

REMITTANCE

PLEASE REMIT WITH PAYMENT





LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA 98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY 10036

November 15, 2007
Invoice No. 5645690
**SENT ELECTRONICALLY**

NOVEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING  - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Period Covered Through:  Oct 31, 2007

Re:    Case Name:       0038015-000104
       Client:          MTV NETWORKS/NEW C.O.C./SEE NARRATIVE
       Matter:          Special Productions

| <u>Date</u> | <u>Professional</u> | <u>ABA<br>Code</u> | <u>Time</u> | <u>Amount</u> | <u>Description of Services</u> |
|---|---|---|---|---|---|
| 10/01/07 | M. Paul | L210 | 0.60 | 351.00 | Interoffice conferences with C. Robinson regarding finalizing complaint; review final draft and revisions to same |
| 10/01/07 | C. Robinson | L210 | 1.20 | 438.00 | Telephone call to Mr. Kauffman regarding status of complaint and need for copyright registration schedule; edits to complaint; review M. Paul final edits |
| 10/02/07 | C. Robinson | L210 | 0.40 | 146.00 | Review copyright table for exhibit to complaint |
| 10/05/07 | C. Robinson | L210 | 0.40 | 146.00 | Finalize complaint and email to S. Kauffman |
| 10/10/07 | M. Paul | L210 | 0.10 | 58.50 | Interoffice conference with |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING



LAWYERS

MTV Networks
Invoice No. 5645690
Page No. 2

| Date | Professional | ABA Code | Time | Amount | Description of Services |
|------|-------------|----------|------|--------|------------------------|
| | | | | | C. Robinson regarding status of complaint |
| 10/12/07 | M. Paul | L210 | 0.50 | 292.50 | Interoffice conferences with C. Robinson regarding complaint and new infringing brochure |
| 10/12/07 | C. Robinson | L210 | 1.40 | 511.00 | Review email regarding additional infringements in Canada; telephone conference with Mr. Kauffman regarding edits to complaint; interoffice conference with L. Majer concerning service |
| 10/15/07 | M. Paul | L210 | 0.80 | 468.00 | Interoffice conferences with C. Robinson regarding jury demand, Rule 7.1 Statement, CAD form, filing, etc.; emails from C. Robinson, S. Kaufman regarding Judge Castel and regarding attempted service |
| 10/15/07 | C. Robinson | L210 | 2.20 | 803.00 | Finalize complaint and exhibits; draft 7.1 Statement; civil cover sheet and summons; interoffice conferences with L. Majer regarding service and filing |
| 10/15/07 | L. Majer | L210 | 1.30 | 266.50 | Telephone call to C. Robinson, review SDNY filing rules; arrange for filing fee; preparation of the complaint for filing |
| 10/16/07 | C. Robinson | L210 | 0.80 | 292.00 | Forward filed papers to S. Kauffman; interoffice conference with L. Majer and M. Paul regarding service attempts |
| 10/16/07 | L. Majer | L140 | 1.00 | 205.00 | Arrange for service of the complaint; email documents to the clerk of the court; conference with C. Robinson |
| 10/17/07 | C. Robinson | L210 | 0.60 | 219.00 | Interoffice conferences with L. Majer regarding service problems; emails regarding ECF error |
| 10/17/07 | L. Majer | L140 | 0.40 | 82.00 | Arrange with Serverlinks for |

L A W Y E R S



MTV Networks
Invoice No. 5645690
Page No. 3

| **Date** | **Professional** | **ABA Code** | **Time** | **Amount** | **Description of Services** |
|---|---|---|---|---|---|
| | | | | | the service of the Summons and Complaint, Rule 7.1 upon Special Productions and Michael Davids |
| 10/18/07 | M. Paul | L210 | 0.20 | 117.00 | Review various ECF notices and arrangements regarding service |
| 10/18/07 | L. Majer | L140 | 0.50 | 102.50 | Attention to emails re: service of documents |
| 10/19/07 | C. Robinson | L190 | 0.40 | 146.00 | Emails with L. Majer regarding service attempts |
| 10/19/07 | L. Majer | L140 | 0.40 | 82.00 | Call with the clerk of the SDNY regarding docket in this matter |
| 10/22/07 | M. Paul | L210 | 0.50 | 292.50 | Review ECF notice of Initial Conference; emails to and from C. Robinson, L. Majer regarding docketing initial disclosures; emails to and from C. Robinson regarding service |
| 10/22/07 | C. Robinson | L210 | 0.90 | 328.50 | Conference with R. Balin regarding service options; email M. Paul regarding same; review initial conference order; emails L. Majer regarding docketing same; order to S. Kauffman |
| 10/22/07 | L. Majer | L140 | 1.30 | 266.50 | Calendaring of documents |
| 10/23/07 | C. Robinson | L210 | 0.40 | 146.00 | Conference with M. Paul regarding service; interoffice conference with L. Majer regarding same and email and mail; interoffice conference with L. Majer regarding proof of service attempts |
| 10/23/07 | L. Majer | L140 | 0.20 | 41.00 | Call with serverlinks regarding service of documents; arrange for a further attempt; call with C. Robinson |
| 10/24/07 | L. Majer | L140 | 0.60 | 123.00 | Attention to affidavits of service from Serverlinks; call with Julie of Serverlinks; arrange for a nail and mail |
| 10/25/07 | M. Paul | L140 | 0.20 | 117.00 | Arrangements regarding nail |

MTV Networks
Invoice No. 5645690
Page No. 4

| Date | Professional | ABA Code | Time | Amount | Description of Services |
|------|-------------|----------|------|--------|------------------------|
| | | | | | and mail service |
| 10/25/07 | C. Robinson | L140 | 0.20 | 73.00 | Interoffice conference with L. Majer regarding mail and email service |
| 10/25/07 | L. Majer | L140 | 0.30 | 61.50 | Call with Serverlinks, telephone call to C. Robinson, arrange for nail and mail and affidavits |
| 10/29/07 | L. Majer | L140 | 0.60 | 123.00 | Attention to court notice; conference with C. Robinson; call with Serverlinks |
| 10/30/07 | L. Majer | L140 | 0.40 | 82.00 | Attention to court notice, call with Serverlinks regarding affidavits |
| | Total Services | | 18.80 | $5,423.00 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Copying charges | 1,000 | 100.00 |
| Total Current Disbursements | | $100.00 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $6,380.00 |
| Less Agreed Discount | ($957.00) |
| Adjusted Current Services | $5,423.00 |
| Total Current Disbursements | $100.00 |
| | ---------------- |
| Total Current Invoice | $5,523.00 |

## SUMMARY BY TASK

| Task/Professional | Hours | Rate | Total |
|-------------------|-------|------|-------|

**L140   -   Document/File Management**

LAWYERS

Dt
w

MTV Networks
Invoice No. 5645690
Page No. 5

| | | | |
|---|---|---|---|
| Partner | | | |
| M. Paul | 0.20 | 585.00 | 117.00 |
| Class Total | 0.20 | | 117.00 |
| Associate | | | |
| C. Robinson | 0.20 | 365.00 | 73.00 |
| Class Total | 0.20 | | 73.00 |
| Legal_Assistant | | | |
| L. Majer | 5.70 | 205.00 | 1,168.50 |
| Class Total | 5.70 | | 1,168.50 |
| Task Total | 6.10 | | 1,358.50 |
| | | | |
| **L190   -   Other Case Assessment, Development, Admin** | | | |
| Associate | | | |
| C. Robinson | 0.40 | 365.00 | 146.00 |
| Class Total | 0.40 | | 146.00 |
| Task Total | 0.40 | | 146.00 |
| | | | |
| **L210   -   Pleadings** | | | |
| Partner | | | |
| M. Paul | 2.70 | 585.00 | 1,579.50 |
| Class Total | 2.70 | | 1,579.50 |
| Associate | | | |
| C. Robinson | 8.30 | 365.00 | 3,029.50 |
| Class Total | 8.30 | | 3,029.50 |
| Legal_Assistant | | | |
| L. Majer | 1.30 | 205.00 | 266.50 |
| Class Total | 1.30 | | 266.50 |
| Task Total | 12.30 | | 4,875.50 |
| Less Agreed Discount | | | $957.00 |
| | ---------- | | -------------- |
| Grand Total | 18.80 | | $5,423.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $2,482.45 |
| Current Invoice | $5,523.00 |
| | |
| Total Balance Due This Matter | $8,005.45 |

Marcia Paul

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

SUITE 2200                              TEL (206) 622-3150
1201 THIRD AVENUE                       FAX (206) 757-7700
SEATTLE, WA  98101-3045                 www.dwt.com
                                        FEDERAL ID #91-0839480

Matter No.      0038015-000104                        November 15, 2007
                Special Productions                   Invoice No. 5645690

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

STATEMENT OF ACCOUNT
as of Oct 31, 2007

Current Invoice - 5645690                     $5,523.00

Total Balance Due This Matter                 $8,005.45

PLEASE REMIT WITH PAYMENT

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE  BELLEVUE  LOS ANGELES  NEW YORK  PORTLAND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA  98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

December 16, 2007
Invoice No. 5655115
**SENT ELECTRONICALLY**

DECEMBER INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING  - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Period Covered Through:  Nov 30, 2007

Re:    Case Name:      0038015-000104
       Client:         MTV NETWORKS/NEW C.O.C./SEE NARRATIVE
       Matter:         Special Productions

| Date | Professional | ABA Code | Time | Amount | Description of Services |
|------|-------------|----------|------|--------|------------------------|
| 11/05/07 | C. Robinson | L210 | 0.40 | 146.00 | Emails to L. Majer regarding certificates of service; telephone call to Serverlinks.com regarding same |
| 11/05/07 | L. Majer | L210 | 0.20 | 41.00 | Review C. Robinson email regarding Affidavit of Service |
| 11/07/07 | C. Robinson | L210 | 0.50 | 182.50 | Conferences with L. Majer regarding service |
| 11/07/07 | L. Majer | L210 | 0.60 | 123.00 | Attention to affidavits of service email and call with Serverlinks regarding same |
| 11/14/07 | C. Robinson | L210 | 1.20 | 438.00 | Draft declaration regarding service; review online information regarding |

LAWYERS



MTV Networks
Invoice No. 5655115
Page No. 6

| Date | Professional | ABA Code | Time | Amount | Description of Services |
|------|-------------|----------|------|--------|------------------------|
| | | | | | Special Productions address, etc.; conferences with L. Majer regarding same |
| 11/14/07 | L. Majer | L210 | 0.50 | 102.50 | Conference with C. Robinson regarding Declaration of C. Robinson regarding service |
| 11/15/07 | M. Paul | L210 | 0.20 | 117.00 | Conference with C. Robinson; review email notice to Davids |
| 11/15/07 | C. Robinson | L210 | 1.30 | 474.50 | Finalize declaration regarding proofs of service; file same; send to Davids copies of the complaint and notice of conference; cover email for same |
| 11/15/07 | L. Majer | L210 | 0.20 | 41.00 | ECF filing of the Declaration of C. Robinson |
| 11/16/07 | C. Robinson | L210 | 0.40 | 146.00 | Forward proofs of service and letter to Davids to S. Kauffman |
| 11/16/07 | L. Majer | L140 | 0.20 | 41.00 | Calendaring of Robinson Declaration |
| 11/20/07 | L. Majer | L230 | 0.10 | 20.50 | Attention to court notice |
| 11/26/07 | M. Paul | L230 | 0.70 | 409.50 | Conferences with C. Robinson regarding conference, default and letter to Judge Castel; emails to and from S. Kaufman; review draft letter to Castel |
| 11/26/07 | C. Robinson | L230 | 1.40 | 511.00 | Telephone call to chambers regarding Friday's conference; draft letter to Judge Castel and forward to S. Kauffman; telephone conference regarding Kauffman edits; edits to same |
| 11/26/07 | L. Majer | L230 | 0.40 | 82.00 | Review court docket for C. Robinson |
| 11/27/07 | M. Paul | L310 | 1.80 | 1,053.00 | Conferences with Chris Robinson; review and respond David's emails; review Judge Castel's discovery plan; telephone conference with S. Kaufman and Chris Robinson |



MTV Networks
Invoice No. 5655115
Page No. 7

| Date | Professional | ABA Code | Time | Amount | Description of Services |
|------|-------------|----------|------|--------|------------------------|
| | | | | | regarding default scenarios; finalize letter to Judge Castel; review ECF notice and email to S. Kaufman |
| 11/27/07 | C. Robinson | L310 | 4.60 | 1,679.00 | Finalize and send letter to Judge Castel regarding default; review order regarding default plus default procedures; email from M. Davids; conference call with S. Kaufmann regarding expenses going forward and options; email expense to M. David's with management form |
| 11/27/07 | L. Majer | L140 | 0.20 | 41.00 | Calendaring of document |
| 11/28/07 | M. Paul | L230 | 1.00 | 585.00 | Conferences with C. Robinson regarding Davids conference and estimates; email to S. Kaufman regarding default |
| 11/29/07 | C. Robinson | L230 | 3.40 | 1,241.00 | ~~Seeking expense reports for possible attorneys fees request;~~ forward to S. Kauffman; multiple emails with M. Davids; conference call with M. Davids; conference with S. Kauffman; email report to M. Paul |
| 11/29/07 | L. Majer | L140 | 0.60 | 123.00 | Calendaring of documents; review default rules |
| 11/30/07 | M. Paul | L230 | 3.50 | 2,047.50 | Review various emails to and from M. Davids; teleconference with C. Robinson; review complaint in preparation for Initial Case Management conference and attend same |
| | Total Services | | 23.40 | $8,198.25 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Copying charges | | |

LAWYERS

MTV Networks
Invoice No. 5655115
Page No. 8

Dt
wl

| | |
|---|---:|
| Duplicating expense - - WILLIAMS LEA INC - Velo binding, 10/15/07 per L. Majer | 17.50 |
| Duplicating expense - - WILLIAMS LEA INC - Velo binding, 10/16/07 per L. Majer | 1.75 |
| Filing fee - - LEGAL RETRIEVAL SERVICES INC - Super Rush filing of Summons & Complaint / Rule 7.1 Statement / Civil Cover Sheet at US District Court SDNY, 10/15/07 per L. Majer | 110.00 |
| Filing fee - - CLERK OF THE COURT - 10/15/07 per L. Majer | 350.00 |
| Legal process server service - - SERVERLINKS.COM - Incorrect address furnished: Michael Davis Productions, Inc., 10/18/07 per L. Majer | 75.00 |
| Legal process server service - - SERVERLINKS.COM - Attempted, unable to serve: Michael Davis Productions, Inc., 10/18/07 per L. Majer | 75.00 |
| Legal process server service - - SERVERLINKS.COM - NY City Service: SPECIAL PRODUCTIONS INC., 10/25/07 per L. Majer | 75.00 |
| Legal process server service - - SERVERLINKS.COM - Rush Service: SPECIAL PRODUCTIONS INC., 10/25/07 per L. Majer | 75.00 |
| Legal process server service - - SERVERLINKS.COM - Recipient: SECRETARY OF STATE, SPECIAL PRODUCTIONS INC., 10/17/07 per L. Majer | 55.00 |
| Legal process server service - - SERVERLINKS.COM - Statutory fee: SECRETARY OF STATE, SPECIAL PRODUCTIONS INC., 10/17/07 per L. Majer | 40.00 |
| Legal process server service - - SERVERLINKS.COM - NY City Service: MICHAEL DAVIDS A/K/A MICHAEL DEMOS, SPECIAL PRODUCTIONS, 10/25/07 per L. Majer | 75.00 |
| Legal process server service - - SERVERLINKS.COM - Rush Service: MICHAEL DAVIDS A/K/A MICHAEL DEMOS, SPECIAL PRODUCTIONS, 10/25/07 per L. Majer | 75.00 |
| Legal process server service - - LEGAL RETRIEVAL SERVICES INC - Service of summons and Complaint / Rule 7.1 Statement upon Michael Davids and Special Productions, Inc., 2 attemps on 10/15/07 and 10/16/07, per L. Majer | 260.00 |
| Total Current Disbursements | $1,284.25 |

LAWYERS

**Dt**
**w**

MTV Networks
Invoice No. 5655115
Page No. 9

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $9,645.00 |
| Less Courtesy Discount | ($1,446.75) |
| Adjusted Current Services | $8,198.25 |
| Total Current Disbursements | $1,284.25 |
| | ---------------- |
| Total Current Invoice | $9,482.50 |

## SUMMARY BY TASK

| Task/Professional | Hours | Rate | Total |
|---|---|---|---|
| **L140   -   Document/File Management** | | | |
| Paralegal | | | |
| L. Majer | 1.00 | 205.00 | 205.00 |
| Class Total | 1.00 | | 205.00 |
| Task Total | 1.00 | | 205.00 |
| | | | |
| **L210   -   Pleadings** | | | |
| Partner | | | |
| M. Paul | 0.20 | 585.00 | 117.00 |
| Class Total | 0.20 | | 117.00 |
| Associate | | | |
| C. Robinson | 3.80 | 365.00 | 1,387.00 |
| Class Total | 3.80 | | 1,387.00 |
| Paralegal | | | |
| L. Majer | 1.50 | 205.00 | 307.50 |
| Class Total | 1.50 | | 307.50 |
| Task Total | 5.50 | | 1,811.50 |
| | | | |
| **L230   -   Court Mandated Conferences** | | | |
| Partner | | | |
| M. Paul | 5.20 | 585.00 | 3,042.00 |
| Class Total | 5.20 | | 3,042.00 |
| Associate | | | |
| C. Robinson | 4.80 | 365.00 | 1,752.00 |
| Class Total | 4.80 | | 1,752.00 |

LAWYERS

Dt
w t

MTV Networks
Invoice No. 5655115
Page No. 10

Paralegal

| | | | |
|---|---|---|---|
| L. Majer | 0.50 | 205.00 | 102.50 |
| Class Total | 0.50 | | 102.50 |
| Task Total | 10.50 | | 4,896.50 |

**L310   -   Written Discovery**

Partner

| | | | |
|---|---|---|---|
| M. Paul | 1.80 | 585.00 | 1,053.00 |
| Class Total | 1.80 | | 1,053.00 |

Associate

| | | | |
|---|---|---|---|
| C. Robinson | 4.60 | 365.00 | 1,679.00 |
| Class Total | 4.60 | | 1,679.00 |
| Task Total | 6.40 | | 2,732.00 |
| Less Courtesy Discount | | | ($1,446.75) |

|  |  |  |  |
|---|---|---|---|
| Grand Total | 23.40 | | $8,198.25 |

---

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $8,005.45 |
| Less Payments Received as of 11/26/07 - | |
| VIACOM - CHECK #24146 | ($1,222.74) |
| Current Invoice | $9,482.50 |
| Total Balance Due This Matter | $16,265.21 |

Marcia Paul

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE  BELLEVUE  LOS ANGELES  NEW YORK  PORTLAND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D.C.

SUITE 2200                          TEL (206) 622-3150
1201 THIRD AVENUE                   FAX (206) 757-7700
SEATTLE, WA 98101-3045              www.dwt.com
                                    FEDERAL ID #91-0839480

Matter No.      0038015-000104                    December 16, 2007
                Special Productions               Invoice No. 5655115

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY 10036

STATEMENT OF ACCOUNT
as of Nov 30, 2007

Current Invoice - 5655115              $9,482.50

Total Balance Due This Matter          $16,265.21

REMITTANCE

PLEASE REMIT WITH PAYMENT







LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D C

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA  98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

January 22, 2008
Invoice No. 5662977
**SENT ELECTRONICALLY**

JANUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING  - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Period Covered Through:  Dec 31, 2007

Re:   Case Name:      0038015-000104
      Client:         MTV NETWORKS/NEW C.O.C./SEE NARRATIVE
      Matter:         Special Productions

| Date | Professional | ABA Code | Time | Amount | Description of Services |
|------|--------------|----------|------|--------|-------------------------|
| 11/30/07 | C. Robinson | L230 | 3.20 | 1,168.00 | Prepare for court conference; gather papers and proofs for same; attend S.D.N.Y. conference before Judge Castel; report to Mr. Kauffman |
| 12/03/07 | L. Majer | L140 | 0.40 | 82.00 | Attention to court notice |
| 12/06/07 | L. Majer | L140 | 0.10 | 20.50 | Calendaring of court of notice |
| 12/28/07 | M. Paul | L120 | 0.10 | 58.50 | Emails to and from C. Robinson |
| | Total Services | | 3.80 | $1,129.65 | |

## DISBURSEMENT DETAIL

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

L A W Y E R S



MTV Networks
Invoice No. 5662977
Page No. 2

| DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Copying charges | | |
| ~~Ground transportation - - MARCIA B. PAUL - taxi, 11/30/07~~ | ~~1~~ | ~~17.00~~ |
| Legal process server service - - SERVERLINKS.COM - Rush service upon SPECIAL PRODUCTIONS, INC., 10/25/7 per L. Majer | 1 | 120.00 |
| Legal process server service - - SERVERLINKS.COM - Xtreme Service same day, Secretary of State, Special Production, completed 10/17/07 per L. Majer | 1 | 135.00 |
| Total Current Disbursements | | $272.00 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $1,329.00 |
| Less Courtesy Discount | ($199.35) |
| Adjusted Current Services | $1,129.65 |
| Total Current Disbursements | $272.00 |
| | ---------------- |
| Total Current Invoice | $1,401.65 |

## SUMMARY BY TASK

| Task/Professional | Hours | Rate | Total |
|---|---|---|---|
| **L120 - Analysis/Strategy** | | | |
| Partner | | | |
| M. Paul | 0.10 | 585.00 | 58.50 |
| Class Total | 0.10 | | 58.50 |
| Task Total | 0.10 | | 58.50 |
| | | | |
| **L140 - Document/File Management** | | | |
| Paralegal | | | |
| L. Majer | 0.50 | 205.00 | 102.50 |
| Class Total | 0.50 | | 102.50 |
| Task Total | 0.50 | | 102.50 |

MTV Networks
Invoice No. 5662977
Page No. 3

**L230   -   Court Mandated Conferences**

Associate

| | | | |
|---|---|---|---|
| C. Robinson | 3.20 | 365.00 | 1,168.00 |
| Class Total | 3.20 | | 1,168.00 |
| Task Total | 3.20 | | 1,168.00 |
| Less Courtesy Discount | | | ($199.35) |
| | ---------- | | -------------- |
| Grand Total | 3.80 | | $1,129.65 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $16,265.21 |
| Less Payments Received as of 01/04/08 - <br>   VIACOM INTL - CHECK #24958 | ($6,782.71) |
| Current Invoice | $1,401.65 |
| | |
| Total Balance Due This Matter | $10,884.15 |

Marcia Paul

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE  BELLEVUE  LOS ANGELES  NEW YORK  PORTLAND  SAN FRANCISCO  SEATTLE  SHANGHAI  WASHINGTON, D C

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA 98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

Matter No.     0038015-000104
               Special Productions

January 22, 2008
Invoice No. 5662977

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

STATEMENT OF ACCOUNT
as of Dec 31, 2007

Current Invoice - 5662977                    $1,401.65

Total Balance Due This Matter                $10,884.15

PLEASE REMIT WITH PAYMENT





LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA  98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

February 22, 2008
Invoice No. 5670136
**SENT ELECTRONICALLY**

FEBRUARY INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

## ELECTRONIC BILLING  - DO NOT MAIL
## FOR FILING PURPOSES ONLY

Period Covered Through:  Jan 31, 2008

Re:      Case Name:      0038015-000104
         Client:         MTV NETWORKS/NEW C.O.C./SEE NARRATIVE
         Matter:         Special Productions

| <u>Date</u> | <u>Professional</u> | <u>ABA Code</u> | <u>Time</u> | <u>Amount</u> | <u>Description of Services</u> |
|---|---|---|---|---|---|
| 01/02/08 | M. Paul | L210 | 0.20 | 122.00 | Emails regarding Davids' failure to obtain counsel |
| 01/02/08 | C. Robinson | L240 | 0.80 | 316.00 | Review docket regarding appearance by Special Productions; email to Mr. Kauffman regarding same; plan default motion |
| 01/02/08 | L. Majer | L140 | 0.10 | 21.00 | Review docket for C. Robinson |
| 01/03/08 | L. Majer | L140 | 0.10 | 21.00 | Attention to court notice |
| 01/07/08 | M. Paul | L240 | 0.40 | 244.00 | Interoffice conference with C. Robinson regarding default; emails regarding conference call; review Castel default rules |
| 01/07/08 | C. Robinson | L240 | 1.30 | 513.50 | Conference with M. Paul |

PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE
INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE
PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING

LAWYERS



MTV Networks
Invoice No. 5670136
Page No. 17

| Date | Professional | ABA Code | Time | Amount | Description of Services |
|---|---|---|---|---|---|
| | | | | | regarding default options; emails to S. Kauffman regarding conference call on damages; review law for same |
| 01/07/08 | L. Majer | L140 | 0.10 | 21.00 | Attention to docket |
| 01/08/08 | M. Paul | L240 | 1.30 | 793.00 | Review emails regarding default damages options and consider strategy; telephone conference with C. Robinson and Mr. Kauffman; interoffice conferences with C. Robinson regarding strategy |
| 01/08/08 | C. Robinson | L240 | 2.30 | 908.50 | Finalize and file all papers regarding default certificate for Special Productions, including declaration and supporting documents; review law on damages; conference call with S. Kauffman regarding next steps |
| 01/08/08 | L. Majer | L240 | 1.10 | 231.00 | Conference with C. Robinson; prepare and arrange for filing of Certificate of Default;ECF filing of the Declaration |
| 01/09/08 | M. Paul | L240 | 0.80 | 488.00 | Review numerous emails to and from Mr. S. Kauffman, Mr. L. Kauffman and C. Robinson regarding Davids, Grimard & Howard and respond to same; review application for entry of default |
| 01/09/08 | C. Robinson | L240 | 1.80 | ~~711.00~~ | Re: Default |
| 01/10/08 | M. Paul | L230 | 1.20 | 732.00 | Prepare for court conference; review Mr. Davids email; emails to and from Mr. Kaufman |
| 01/10/08 | C. Robinson | L230 | 1.40 | 553.00 | Review email from Davids; interoffice conference with M. Paul regarding strategy for conference with Judge; emails S. Kauffman regarding Davids email; |

LAWYERS



MTV Networks
Invoice No. 5670136
Page No. 18

| Date | Professional | ABA Code | Time | Amount | Description of Services |
|------|-------------|----------|------|--------|------------------------|
| | | | | | gather documents for conference Act.: |
| 01/11/08 | M. Paul | L230 | 2.00 | 1,220.00 | Court appearance before Judge Castel; interoffice conferences with C. Robinson; telephone conference with Mr. Kauffman and C. Robinson; review court notice; review email to Mr. Davids |
| 01/11/08 | C. Robinson | L230 | 2.20 | 869.00 | Attend hearing at S.D.N.Y.; order transcript; emails to Mr. Davids; telephone conference with Mr. Kauffman regarding conference |
| 01/11/08 | L. Majer | L140 | 0.10 | ~~21.00~~ | Re: Default |
| 01/14/08 | M. Paul | L120 | 0.30 | ~~183.00~~ | Re: Default |
| 01/14/08 | C. Robinson | L120 | 2.80 | ~~1,106.00~~ | Re: Default |
| 01/14/08 | L. Majer | L140 | 0.20 | ~~42.00~~ | Re: Default |
| 01/17/08 | M. Paul | L120 | 0.20 | ~~122.00~~ | Re: Default |
| 01/17/08 | M. Paul | L120 | 0.10 | ~~61.00~~ | Re: Default |
| 01/17/08 | C. Robinson | L120 | 0.60 | ~~237.00~~ | Re: Default |
| 01/18/08 | M. Paul | L330 | 0.80 | ~~488.00~~ | Re: Default |
| 01/18/08 | C. Robinson | L120 | 0.80 | ~~316.00~~ | Re: Default |
| 01/22/08 | M. Paul | L120 | 0.50 | ~~305.00~~ | Re: Default |
| 01/22/08 | C. Robinson | L120 | 0.50 | ~~197.50~~ | Re: Default |
| 01/29/08 | M. Paul | L120 | 0.60 | ~~366.00~~ | Re: Default |
| 01/29/08 | C. Robinson | L120 | 0.40 | ~~158.00~~ | Re: Default |
| | Total Services | | 26.70 | $10,232.30 | |

## DISBURSEMENT DETAIL

| DESCRIPTION | QUANTITY | AMOUNT |
|-------------|----------|--------|
| Copying charges | 6 | ~~0.60~~ |
| Filing fee - - LEGAL RETRIEVAL SERVICES INC - Filing of Declaration and Certificate of Default at US District Court SDNY, 01/08/08 per L. Majer | 1 | ~~110.00~~ |
| Ground transportation - - VITAL TRANSPORTATION INC - sedan service, 11/30/07 per M. B. Paul | 1 | ~~33.66~~ |
| Ground transportation - - CHRISTOPHER J. ROBINSON - taxi, 01/09/08 | 1 | ~~10.00~~ |
| Ground transportation - - CHRISTOPHER J. ROBINSON - taxi, 01/11/08 | 1 | ~~16.00~~ |
| Law library - - PACER SERVICE CENTER- 10/07-12/07 | 1 | ~~1.76~~ |

LAWYERS



MTV Networks
Invoice No. 5670136
Page No. 19

| | | |
|---|---|---|
| Outside copy service - - CHRISTOPHER J. ROBINSON - SDNY copy of transcript: Viacom Internation Inc. v. Special Prod..., 01/11/08 | 1 | ~~53.28~~ |
| Total Current Disbursements | | $225.30 |

## TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---|
| Total Current Services | $12,038.00 |
| Less Courtesy Discount | ($1,805.70) |
| Adjusted Current Services | $10,232.30 |
| Total Current Disbursements | $225.30 |
| | ---------------- |
| Total Current Invoice | $10,457.60 |

## SUMMARY BY TASK

| Task/Professional | Hours | Rate | Total |
|---|---|---|---|
| **L120    -   Analysis/Strategy** | | | |
| Partner | | | |
| M. Paul | 1.70 | 610.00 | 1,037.00 |
| Class Total | 1.70 | | 1,037.00 |
| Associate | | | |
| C. Robinson | 5.10 | 395.00 | 2,014.50 |
| Class Total | 5.10 | | 2,014.50 |
| Task Total | 6.80 | | 3,051.50 |
| | | | |
| **L140    -   Document/File Management** | | | |
| Paralegal | | | |
| L. Majer | 0.60 | 210.00 | 126.00 |
| Class Total | 0.60 | | 126.00 |
| Task Total | 0.60 | | 126.00 |
| | | | |
| **L210    -   Pleadings** | | | |
| Partner | | | |
| M. Paul | 0.20 | 610.00 | 122.00 |

MTV Networks
Invoice No. 5670136
Page No. 20

| | | | |
|---|---|---|---|
| Class Total | 0.20 | | 122.00 |
| Task Total | 0.20 | | 122.00 |

**L230  -  Court Mandated Conferences**
Partner

| | | | |
|---|---|---|---|
| M. Paul | 3.20 | 610.00 | 1,952.00 |
| Class Total | 3.20 | | 1,952.00 |
| Associate | | | |
| C. Robinson | 5.30 | 395.00 | 2,093.50 |
| Class Total | 5.30 | | 2,093.50 |
| Task Total | 8.50 | | 4,045.50 |

**L240  -  Dispositive Motions**
Partner

| | | | |
|---|---|---|---|
| M. Paul | 2.50 | 610.00 | 1,525.00 |
| Class Total | 2.50 | | 1,525.00 |
| Associate | | | |
| C. Robinson | 6.20 | 395.00 | 2,449.00 |
| Class Total | 6.20 | | 2,449.00 |
| Paralegal | | | |
| L. Majer | 1.10 | 210.00 | 231.00 |
| Class Total | 1.10 | | 231.00 |
| Task Total | 9.80 | | 4,205.00 |

**L330  -  Depositions**
Partner

| | | | |
|---|---|---|---|
| M. Paul | 0.80 | 610.00 | 488.00 |
| Class Total | 0.80 | | 488.00 |
| Task Total | 0.80 | | 488.00 |
| Less Courtesy Discount | | | ($1,805.70) |
| | ---------- | | -------------- |
| Grand Total | 26.70 | | $10,232.30 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | $10,884.15 |
| Less Payments Received as of 02/01/08 - VIACOM - CHECK #25802 | ($9,463.25) |
| Current Invoice | $10,457.60 |
| Total Balance Due This Matter | $11,878.50 |

Marcia Paul

LAWYERS

# Davis Wright Tremaine LLP



ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C

SUITE 2200
1201 THIRD AVENUE
SEATTLE, WA  98101-3045

TEL (206) 622-3150
FAX (206) 757-7700
www.dwt.com
FEDERAL ID #91-0839480

| | | |
|---|---|---|
| Matter No. | 0038015-000104 | February 22, 2008 |
| | Special Productions | Invoice No. 5670136 |

MTV Networks
c/o MTV Legal Billing Unit
Attn: Stuart Kauffman
1515 Broadway
New York, NY  10036

## STATEMENT OF ACCOUNT
### as of Jan 31, 2008

| | |
|---|---|
| Current Invoice - 5670136 | $10,457.60 |
| Total Balance Due This Matter | $11,878.50 |

PLEASE REMIT WITH PAYMENT