# MEMO ENDORSED



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
................................................. x

VIACOM INTERNATIONAL INC., a
Delaware corporation,

                   Plaintiff,

        v.

SPECIAL PRODUCTIONS, INC.
and MICHAEL DAVIDS a/k/a
MICHAEL H. DEMOS,

                  Defendants.
................................................. x

No.: 07 Civ. 9237 (PKC)

NOTICE OF MOTION FOR
DEFAULT JUDGMENT

*Motion granted*

*SO ORDERED*

*3-31-08*

PLEASE TAKE NOTICE that, upon the annexed affidavit of Marcia B. Paul, sworn to

February 27, 2007, together with the exhibits thereto, the memorandum of law in Support of

Plaintiff's Application for a Default Judgment, and all prior pleadings and proceedings

heretofore had herein, plaintiff Viacom International Inc. ("Viacom"), by its undersigned

attorneys, will move this Court before the Honorable P. Kevin Castel, United States District

Judge, in Courtroom 12C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl

Street, New York, New York, on March 21, 2008 at 9 am, or such other time and place as the

Court may direct, for a Default Judgment against defendants Special Productions, Inc. and

Michael Davids, a/k/a Michael H. Demos pursuant to Federal Rules of Civil Procedure 55(b) and

Local Civil Rule 55.2:

    1.    For a permanent injunction prohibiting defendants and any of them and/or
their officers, directors, agents, servants, employees, licensees and assigns,
and all persons firms or corporations acting in concert or participation
with them, including but not limited to Ray Grimard and Special
Productions Inc. of Florida, a corporation organized and existing under the
laws of Florida, from (1) using the SPONGEBOB SQUAREPANTS;
DORA THE EXPLORER; GO, DIEGO, GO!; JIMMY NEUTRON;
RUGRATS; and THE WILD THORNBERRYS names and trademarks or
any colorable imitations of the trademarks, on and in connection with the
manufacture, advertisement, promotion, distribution and/or sale of any
goods or services; (2) doing any act or thing calculated or likely to cause