UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
----------------------------------------x

VIACOM INTERNATIONAL INC., a
Delaware corporation,

        Plaintiff,

v.

SPECIAL PRODUCTIONS, INC.
and MICHAEL DAVIDS a/k/a
MICHAEL H. DEMOS,

        Defendants.
----------------------------------------x

No.: 07 Civ. 9237 (PKC)

DEFAULT JUDGMENT

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

    Plaintiff Viacom International Inc (Viacom) having filed a complaint in this action on October 15, 2007, which complaint was served along with a summons on both defendants; and

    Defendant Special Productions, Inc. having defaulted by failing to appear through counsel, and defendant Michael Davids a/k/a Michael H. Demos having defaulted by failing to answer the complaint; and

    Viacom having filed a motion for default judgment on February 29, 2008; and

    Viacom having filed and served in support of the motion a Notice of Motion, dated February 27, 2008; the affidavit of Marcia B. Paul, sworn to February 27, 2008; and a Memorandum of Law in support thereof; and

    ~~In opposition to the motion~~, defendants Special Productions, Inc. and Michael Davids a/k/a Michael H. Demos (Davids) (have filed nothing in opposition to the motion) ~~having filed [   ]~~; and

    The court having considered all the papers, pleadings and proceedings herein, and having issued an Order, dated (March 31, 2008) granting the motion for default judgment;

    WHEREFORE it is hereby ORDERED AND ADJUDGED as follows:

    1.    Defendants and any of them and/or their officers, directors, agents, servants, employees, licensees and assigns, and all persons firms or corporations acting in concert or participation with them, including but not

NYC 193989v1 0038015-000104

1

limited to Ray Grimard and Special Productions Inc. of Florida, a corporation organized and existing under the laws of Florida, shall be permanently enjoined and restrained from (1) using the SPONGEBOB SQUAREPANTS; DORA THE EXPLORER; GO, DIEGO, GO!; JIMMY NEUTRON; RUGRATS; and THE WILD THORNBERRYS names and trademarks or any colorable imitations of the trademarks, on and in connection with the manufacture, advertisement, promotion, distribution and/or sale of any goods or services; (2) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public, or prospective customers of Viacom's products or services, as to the source of the products or services offered for sale, distributed, or sold, or likely to deceive members of the public, or prospective customers, into believing that there is any connection between defendants and Viacom or that defendants are acting under the authority of Viacom; and (3) committing any of the acts which will or are likely to tarnish, blur, or dilute the distinctive quality of the famous and distinctive Viacom trademarks.

2. Defendants and their respective officers, directors, agents, servants, employees, licensees and assigns, and all persons, firms or corporations acting in concert or participation with them, shall be permanently enjoined and restrained from infringing in any manner any of the Viacom copyrights set forth in Schedule A attached herewith.

3. Judgment shall be entered in the amount of $21,750 for statutory damages pursuant to 17 U.S.C. § 504(c)(1).

4. Judgment shall be entered in the amount of $36,777.40 for legal fees and costs pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117.

5. The Clerk of the Court to directed to enter this Judgment in accordance with the aforesaid. *[handwritten: The case is marked closed and all motions marked terminated.]*

*[handwritten: PKC]* 6. *[handwritten: The case is marked closed and all motions marked terminated.]*

Dated: *[handwritten: March 31, 2008]*

*[signature]*

Hon. P. Kevin Castel
United States District Judge

NYC 193989v1 0038015-000104

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Dora the Explorer | (Mighty Mouse) greeting card. No. 10CN956. By aNorcross, Inc. | Registered | RE-331-441 | 2/6/1987 |
| Dora the Explorer | Boots. | Registered | TX-5-744-515 | 5/1/2003 |
| Dora the Explorer | Boots's backpack book. | Registered | TX-5-926-107 | 12/12/2002 |
| Dora the Explorer | DORA THE EXPLORER - Animal Adventures | Registered | PA 1-376-065 | 4/20/2007 |
| Dora the Explorer | DORA THE EXPLORER Episode - Choo Choo | Registered | PA 1-001-488 | 9/14/2000 |
| Dora the Explorer | DORA THE EXPLORER Episode - The Big Red Chicken | Registered | PA 1-001-485 | 9/14/2000 |
| Dora the Explorer | DORA THE EXPLORER Episode #121 - "El Coqui" | Registered | PA 1-038-730 | 5/15/2001 |
| Dora the Explorer | DORA THE EXPLORER Episode #122 - "The Chocolate Tree" | Registered | PA 1-038-734 | 5/15/2001 |
| Dora the Explorer | DORA THE EXPLORER Episode #125 - "To the Treehouse" | Registered | PA 1-038-733 | 5/15/2001 |
| Dora the Explorer | DORA THE EXPLORER Home Video - Dance to The Rescue | Registered | Pa1-313-139 | 11/18/2005 |
| Dora the Explorer | DORA THE EXPLORER Home Video - Dora' Halloween | Registered | PA1-236-319 | |
| Dora the Explorer | DORA THE EXPLORER Home Video - Dora' Pirate Adventure | Registered | PA1-236-128 | 8/16/2004 |
| Dora the Explorer | DORA THE EXPLORER Home Video - Egg Hunt | Registered | PA1-236-125 | |
| Dora the Explorer | DORA THE EXPLORER Home Video - It's a Party | Registered | PA1-294-126 | |
| Dora the Explorer | DORA THE EXPLORER Home Video - Meet Diego | Registered | PA1-236-123 | |
| Dora the Explorer | DORA THE EXPLORER Home Video - Super Babies | Registered | PA1-278-925 | 8/26/2005 |
| Dora the Explorer | DORA THE EXPLORER Home Video - Super Silly Fiesta! | Registered | PA1-236-377 | 8/16/2004 |
| Dora the Explorer | DORA THE EXPLORER Home Video - Swing Into Action | Registered | PA 1-047-244 | 6/15/2001 |
| Dora the Explorer | DORA THE EXPLORER Home Video - Wish On A Star | Registered | PA 1-047-243 | 6/15/2001 |
| Dora the Explorer | DORA THE EXPLORER - Musical School Days | Registered | PA 1-379-864 | 6/1/2007 |
| Dora the Explorer | DORA THE EXPLORER - Shy Rainbow | Registered | PA 1-376-122 | 4/20/2007 |
| Dora the Explorer | DORA THE EXPLORER - We're a Team! | Registered | PA 1-379-863 | 6/1/2007 |
| Dora the Explorer | DORA THE EXPLORER - World Adventure! | Registered | PA 1-379-862 | 6/1/2007 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Dora the Explorer | Dora the Explorer - Back to School Fall 2006 | Registered | VAu720-300 | 11/17/2005 |
| Dora the Explorer | Dora the Explorer - Character Art | Registered | VAU664-553 | 4/4/2005 |
| Dora the Explorer | Dora the Explorer - Character Art 2006 | Registered | VAu664-551 | 4/4/2005 |
| Dora the Explorer | Dora the Explorer - Dora's Pirate Adventure Character Art | Registered | VAU-632-980 | 8/16/2004 |
| Dora the Explorer | Dora the Explorer - Dora's World Adventure! Styleguide (2006) | Registered | VAU693-890 | 11/17/2005 |
| Dora the Explorer | Dora the Explorer - Fall 2001 Styleguide | Registered | VAu509-660 | 2/23/2001 |
| Dora the Explorer | Dora the Explorer - Fall 2003 Styleguide | Registered | VA1-239-970 | |
| Dora the Explorer | Dora the Explorer - Spring 2003 Styleguide | Registered | VA1-239-974 | |
| Dora the Explorer | Dora the Explorer - Spring 2005 Apparel Guide | Registered | VAu619-635 | 3/12/2004 |
| Dora the Explorer | Dora the Explorer - Winter Adventures - Fall 2007/Character Art | Registered | VAu735-240 | |
| Go, Diego! Go! | GO DIEGO GO! Diego In Action! Spring 2008 - Character Art | Registered | VAu743-729 | 3/26/2007 |
| Go, Diego! Go! | GO DIEGO GO! Diego Saves Christmas | Registered | PA 1-366-227 | 1/16/2007 |
| Go, Diego! Go! | GO DIEGO GO! The Great Jaguar Rescue DVD | Registered | PA 1-378-886 | 2/14/2007 |
| Go, Diego! Go! | Go Diego Go! - Go Diego Go! Launch Kit | Registered | VAU-674-458 | 6/10/2005 |
| Go, Diego! Go! | Go Diego Go! - Spring 2007 | Registered | VAU669-654 | 3/1/2006 |
| Go, Diego! Go! | Go Diego Go! - Styleguide | Registered | VAU688-667 | 9/23/2005 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Home Video - Fear of a Krabby Patty | Registered | PA1-278-924 | 8/26/2005 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS - Season 4 Volume 2 | Registered | PA 1-383-875 | 2/14/2007 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| SpongeBob SquarePants | Blower/Tea at the Treedome | Registered | PA 988-564 | 6/9/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #002 - Bubblestand/Ripped Pants | Registered | PA 988-566 | 6/9/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #003 - Jellyfishing/Plankton | Registered | PA 1-026-760 | 11/21/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #004 - Naughty Nautical Neighbor / Boating School | Registered | PA 1-026-770 | 11/21/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #005 - Home Sweet Pineapple/Pizza Delivery | Registered | PA 1-026-771 | 11/17/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #006 - Mermaidman and Barnacleboy/Pickles | Registered | PA 1-026-759 | 11/17/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #007 - Hall Monitor/Jellyfish Jam | Registered | PA 1-026-761 | 11/17/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #008 - Sandy's Rocket/Squeaky Boots | Registered | PA 1-026-762 | 11/17/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #009 - Nature Pants/Opposite Day | Registered | PA 1-026-764 | 11/17/2000 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #010 - Culture Shock/F.U.N. | Registered | PAu3-095-165 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #80 | Registered | PAu3-095-163 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #81 | Registered | PAu3-095-161 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #82 | Registered | PAu3-095-167 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #83 | Registered | PAu3-098-859 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #84 | | | |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #85 | Registered | PAu3-095-166 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #86 | Registered | PAu3-098-858 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #87 | Registered | PAu3-095-162 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #88 | Registered | PAu3-095-170 | 2/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Episode #89 | Registered | PAu3-098-929 | 3/2/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Eps. 90 | Registered | PAu3-116-242 | 3/26/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Friend or Foe? | Registered | PA 1-379-865 | 6/1/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Karate Island | Registered | PA 1-344-545 | 11/13/2006 |
| SpongeBob | SPONGEBOB SQUAREPANTS Season 4 Volume 1 | Registered | PA 1-370-857 | 1/16/2007 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS THE COMPLETE 3RD SEASON | Registered | PA1-322-752 | 11/23/2005 |
| SpongeBob SquarePants | SPONGEBOB SQUAREPANTS Whale of a Birthday | Registered | PA 1-344-546 | 11/13/2006 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| SpongeBob SquarePants | Spongebob Squarepants - 2002 Fall/Winter Apparel Guide | Registered | VA 1-239-967 | |
| SpongeBob SquarePants | Spongebob Squarepants - 2002 Holiday Apparel Guide | Registered | VA 1-239-971 | |
| SpongeBob SquarePants | Spongebob Squarepants - 2003 Spring Apparel Guide | Registered | VA 1-239-968 | |
| SpongeBob SquarePants | Spongebob Squarepants - 2005 Character Art | Registered | VAu664-552 | 4/4/2005 |
| SpongeBob SquarePants | Spongebob Squarepants - A Hero will rise styleguide '04 | Registered | Vau-618-865 | |
| SpongeBob SquarePants | Spongebob Squarepants - Absorbing Favorites 2007 | Registered | VAU669-651 | 3/1/2006 |
| SpongeBob SquarePants | Spongebob Squarepants - Art Supplement Spring 2001 - Styleguide | Registered | VA 1-050-199 | |
| SpongeBob SquarePants | Spongebob Squarepants - Beyond Bikini Bottom | Registered | VA1-331-594* New#VAU692-350 (Discard Other) | |
| SpongeBob SquarePants | Spongebob Squarepants - Fall 2007 Apparel Guide/Styleguide | Registered | VAu735-237 | |
| SpongeBob SquarePants | Spongebob Squarepants - Hookbook Spring 2001 - Styleguide | Registered | VA 1-042-135 | |
| SpongeBob SquarePants | Spongebob Squarepants - Lost in Time Art Supplement 2005 | Registered | VAU-693-392 | 1/4/2006 |
| SpongeBob SquarePants | Spongebob Squarepants - SB Fall 2006 Apparel Guide | Registered | VAU671-322 | 11/5/2006 |
| SpongeBob SquarePants | Spongebob Squarepants - Soaking Up the Laughs '04 | Registered | VAu622-897 | |
| SpongeBob SquarePants | Spongebob Squarepants - Spongebob B-Movie Poster Program & 2005 ( | Registered | VAU683-688 | 4/7/2005 |
| SpongeBob SquarePants | Spongebob Squarepants - Spongebob Guide for Grown Up Apparel | Registered | VAu619-976 | |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| SpongeBob SquarePants | Spongebob Squarepants - Spongebob Show Jokes Guide Part 2 | Registered | VAU686-837 | 9/23/2005 |
| SpongeBob SquarePants | Spongebob Squarepants - Spring '05 Apparel Guide | Registered | Vau619-636 | |
| SpongeBob SquarePants | Spongebob Squarepants - Spring 2007 Apparel Guide | Registered | VAU-669-652 | 3/1/2006 |
| SpongeBob SquarePants | Spongebob Squarepants - Spring 2008 Guide/Character Art | Registered | VAu735-241 | |
| The Wild Thornberrys | THE WILD THORNBERRYS Home Video - A Thornberry Christmas | Registered | PA 1-029-910 | 3/20/2001 |
| The Wild Thornberrys | WILD THORNBERRYS, THE Episode #016 - The Great Bangaboo | Registered | PA 1-008-128 | 6/8/2000 |
| The Wild Thornberrys | WILD THORNBERRYS, THE Episode #001 - Iron Curtain | Registered | PA 1-008-126 | 6/8/2000 |
| The Wild Thornberrys | WILD THORNBERRYS, THE Episode #011 - Eliza-cology | Registered | PA 1-008-127 | 6/27/2000 |
| The Wild Thornberrys | WILD THORNBERRYS, THE Episode #014 - Nigel Knows Best" | Registered | PA 1-008-129 | 6/12/2000 |
| The Wild Thornberrys | Wild Thornberrys - Styleguide (Media Kit - artwork & CD-Rom) | Registered | VA 1-041-966 | 4/19/2000 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Rugrats | RUGRATS Episode – A Baby's Gotta Do What A Baby's Gotta Do (Vol.2) | Registered | PA 675-617 | 11/26/1993 |
| Rugrats | RUGRATS Episode - Angelica The Divine | Registered | PA 715-339 | 6/16/1994 |
| Rugrats | RUGRATS Episode - Chuckie The Brave | Registered | PA 715-338 | 6/16/1994 |
| Rugrats | RUGRATS Episode - Tales From The Crib Volume 1 | Registered | PA 675-611 | 11/26/1993 |
| Rugrats | RUGRATS Episode #1 – Tommy's First Birthday | Registered | PA 944-730 | 7/13/1999 |
| Rugrats | RUGRATS Episode #2 – Barbeque Story | Registered | PA 944-732 | 7/13/1999 |
| Rugrats | RUGRATS Episode #3 - At The Movies | Registered | PA 944-729 | 7/13/1999 |
| Rugrats | RUGRATS Episode #4 – Baby Commercial | Registered | PA 944-734 | 7/13/1999 |
| Rugrats | RUGRATS Episode #5 – Beauty Contest | Registered | PA 944-733 | 7/13/1999 |
| Rugrats | RUGRATS Home Video - Angelica Knows Best | Registered | PA 905-418 | 8/25/1998 |
| Rugrats | RUGRATS Home Video - Chuckie the Brave | Registered | PA 902-275 | 8/11/1998 |
| Rugrats | RUGRATS Home Video - Grandpa's Favorite Stories | Registered | PA 967-257 | 12/15/1999 |
| Rugrats | RUGRATS Home Video - I Think I Like You | Registered | PA 989-703 | 5/15/2000 |
| Rugrats | RUGRATS Home Video - Make Room for Dil | Registered | PA 987-051 | 3/23/2000 |
| Rugrats | RUGRATS Home Video - Phil and Lil Double Trouble | Registered | PA 916-093 | 8/11/1998 |
| Rugrats | RUGRATS Home Video - Return of Reptar | Registered | PA 891-515 | 6/15/1998 |
| Rugrats | RUGRATS Home Video - Runaway Reptar | Registered | PA 987-050 | 3/23/2000 |
| Rugrats | RUGRATS Home Video - Tales From The Crib | Registered | PA 967-258 | 12/15/1999 |
| Rugrats | RUGRATS Homevideo – Tales from The Crib – Snow White | Registered | Pau3-004-962 | 11/18/2005 |
| Rugrats | RUGRATS Pilot Episode | Registered | PAu 2-299-518 | 6/17/1998 |
| Rugrats | The Rugrats Movie - Styleguide | Registered | Vau432-968 | |
| Rugrats | Totally Angelica - Rugrats Apparel Style Guide | Registered | VA 1-019-595 | |
| Rugrats | Rugrats - Hookbook Fall/Winter 2000 Apparel Style Guide | Registered | VA 1-019-594 | |
| Rugrats | Rugrats - Hookbook Spring Forward 2000 Apparel Style Guide | Registered | VA 1-019-593 | |
| Rugrats | Rugrats - Major League Baseball Art - Press Art | Registered | VA 1-037-236 | |
| Rugrats | Rugrats - Styleguide | Registered | VAu281-067 | |
| Rugrats | Rugrats - Styleguide | Registered | VA 921-52 | |
| Rugrats | Rugrats Comic Adventures - Volume #1, Issue #7 | Registered | TX 5-385-857 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 1 | Registered | TX 5-404-943 | 7/24/2001 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 10 | Registered | TX 5-385-852 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 2 | Registered | TX 5-385-853 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 3 | Registered | TX 5-385-856 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 4 | Registered | TX 5-385-854 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 5 | Registered | TX 5-385-855 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 6 | Registered | TX 5-385-861 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 8 | Registered | TX 5-385-859 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #1, Number 9 | Registered | TX 5-385-858 | 7/24/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 1 | Registered | TX 5-268-828 | 4/30/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 10 | Registered | TX 5-269-782 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 2 | Registered | TX 5-303-075 | 4/30/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 3 | Registered | TX 5-268-826 | 4/30/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 4 | Registered | TX 5-268-827 | 4/30/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 5 | Registered | TX 5-269-036 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 6 | Registered | TX 5-269-038 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 7 | Registered | TX 5-324-982 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 8 | Registered | TX 5-325-336 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #2, Number 9 | Registered | TX 5-269-037 | 5/9/2001 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #1 | Registered | TX 5-172-604 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #2 | Registered | TX 5-181-674 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #3 | Registered | TX 5-181-675 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #4 | Registered | TX 5-181-676 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #5 | Registered | TX 5-165-450 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #6 | Registered | TX 5-172-603 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #7 | Registered | TX 5-181-677 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #8 | Registered | TX 5-164-693 | 9/20/2000 |
| Rugrats | Rugrats Comic Adventures - Volume #3, Issue #9 | Registered | TX 5-172-605 | 9/20/2000 |
| Rugrats | Rugrats Fall 1999 Apparel Style Guide | Registered | VA 990-494 | 6/25/1999 |
| Rugrats | Rugrats Fall/Winter 2000 Apparel Guide Supplement (Styleguide) | Registered | VA 1-035-731 | 4/19/2000 |

| Copyright Mark | Title | Status | Registration No. | Registration Date |
|---|---|---|---|---|
| Rugrats | Rugrats Holiday 1999 Apparel Style Guide | Registered | VA 990-996 | 6/25/1999 |
| Rugrats | Rugrats in Paris - Press Art | Registered | VA 1-006-972 | 4/19/2000 |
| Rugrats | Rugrats in Paris - The Movie Apparel Guide 2000 (Styleguide) | Registered | VA 1-050-200 | 4/19/2000 |
| Rugrats | Rugrats Packaging Guidelines | Registered | VA 518-569 | 2/21/2001 |
| Rugrats | Rugrats Spring 2000 Apparel Style Guide | Registered | VA 990-495 | 6/25/1999 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Carl) | Registered | VA 1-111-864 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Cindy) | Registered | VA 1-111-863 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Goddard) | Registered | VA 1-111-868 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Hugh Neutron) | Registered | VA 1-111-866 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Jimmy Neutron) | Registered | VA 1-111-867 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Judy Neutron) | Registered | VA 1-111-861 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Libby) | Registered | VA 1-111-862 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Nick) | Registered | VA 1-111-860 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius Character Artwork (Sheen) | Registered | VA 1-111-865 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius - Promotions Marketing Creative Guidelines | Registered | VA 1-105-043 | 10/9/2001 |
| Jimmy Neutron | Jimmy Neutron Boy Genius - Packaging Guidelines | Registered | VA 1-110-980 | 10/9/2001 |
| Jimmy Neutron | The Adventures of Jimmy Neutron Boy Genius - Holiday 2002 Supplement | Registered | VA 1-239-972 | 9/9/2003 |
| Jimmy Neutron | The Adventures of Jimmy Neutron Boy Genius - Fall 2003 Apparel Guide | Registered | VA 1-239-973 | 9/9/2003 |